UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br>　　Plaintiff,<br><br>v.<br><br>ROBERT MADONNA,<br>　　Defendant | CIVIL ACTION No. 04-CV-10795-MLW |

**MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (ASSENTED TO)**

The Defendant Robert Madonna hereby moves that the time in which he must file responsive pleadings to the Complaint in the above matter be extended up to and including June 21, 2004. In support of this Motion, the Defendant states that the parties are seeking to clarify the facts underlying this litigation in an effort to narrow the number of issues in dispute and that additional time is needed to accomplish this. In further support of this Motion, the Defendant states that he has conferred with counsel for the Plaintiff and that this Motion and the requested extension are assented to by the Plaintiff.

　　　　　　　　　　　　　　　　　　　Robert Madonna
　　　　　　　　　　　　　　　　　　　By his attorneys

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Richard E. Gentilli
　　　　　　　　　　　　　　　　　　　BBO# 189080
　　　　　　　　　　　　　　　　　　　Bartlett Hackett Feinberg, PC
　　　　　　　　　　　　　　　　　　　10 High Street, Suite 920
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　(617) 422-0200

I, Richard E. Gentilli, hereby certify that I served a copy of the foregoing on all counsel of record by first class mail, this 20th day of May, 2004.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Richard E. Gentilli