## Bartlett Hackett Feinberg P.C.

10 High St. Suite 920
Boston, MA 02110
Tel:(617)422-0200
Fax:(617)422-0383

FILED
IN CLERKS OFFICE

2004 JUL -8  P 12: 42

U.S. DISTRICT COURT
DISTRICT OF MASS

July 6, 2004

Civil Clerk's Office
United States District Court
for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE:  Markel American Insurance Company v. Robert Madonna;
     U.S.D.C. C.A. No. 04-CV-10795 MLW

Dear Sir/Madam:

In connection with this matter, enclosed for filing and docketing, please find the following:

**Summons with Return of Service.**

Thank you for your attention to this matter.

If you have any questions, please call.

Very truly yours,

Richard E. Gentilli

Enclosure
cc:   Christopher Stavros, Esq. (w/enc.)

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUL -8 P 12: 42
U.S. DISTRICT COURT
DISTRICT OF MASS.

**PLAINTIFF**

MARKEL AMERICAN INSURANCE COMPANY

**V. DEFENDANT AND ~~THIRD PARTY~~ PLAINTIFF IN COUNTERCLAIM**

ROBERT MADONNA

COUNTERCLAIM DEFENDANT **SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**V. ~~THIRD PARTY~~ DEFENDANT IN COUNTERCLAIM**

MARKEL AMERICAN INSURANCE COMPANY
and CAPE WIDE INSURANCE AGENCY, INC.

**04 CV 10795 MLW**

TO: (Name and address of Third Party defendant)   Cape Wide Insurance Agency, Inc.
1455 Main Street
West Chatham, Massachusetts 02669

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DEFENDANT AND ~~THIRD-PARTY~~ PLAINTIFF'S ATTORNEY (name and address)

Richard E. Gentilli, Esquire
Bartlett Hackett Feinberg, PC
10 High Street, Suite 920
Boston, Massachusetts 02110

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK   TONY ANASTAS

(BY) DEPUTY CLERK

DATE   6-29-04

## *QUICKSERV*
ALLSTATE PROCESS SERVERS

FILED JULY 2, 2004
IN CLERKS OFFICE

2004 JUL -8  P 12: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

## RETURN OF SERVICE

I this day summoned the within named CAPE WIDE INS. AGENCY, INC.

to appear as within directed by delivering to   CATHY SCOONER, V.P., 8:45 AM

**X**   in hand

No.     1455 MAIN STREET
in the   W. CHATHAM     District of said   BARNSTABLE     County an attested copy of the SUMMONS, AMENDED COMPLAINT AND COUNTERCLAIM

Service and travel        28

Paid Witness

it being necessary I actually used a motor vehicle in the distance of
75     miles in the service of this process

_Joseph Fallon_
Process Server