UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

No. 04-CV-10795-MLW

Markel American Insurance Company, )
          PLAINTIFF )
)
vs. )
)
Robert Madonna, )
          DEFENDANT/ )
   PLAINTIFF-IN-COUNTERCLAIM )
)
vs. )
)
Markel American Insurance Company )
and Cape Wide Insurance Agency, )
Inc., )
   DEFENDANTS-IN-COUNTERCLAIM )

CLAIM OF TRIAL BY JURY OF DEFENDANT-IN-COUNTERCLAIM
CAPE WIDE INSURANCE AGENCY, INC.

Now comes the defendant-in-counterclaim Cape Wide Insurance Agency, Inc. and claims a trial by jury in the above-entitled matter.

By its Attorneys,

FOLAN & McGLONE, P.C.

By: _____
John F. Folan
B.B.O. No. 173300
Post Office Box 2095
New Bedford, Massachusetts 02741-2095

Tel. No. (508) 992-9800

Dated: July 20, 2004

CERTIFICATE OF SERVICE

I, John F. Folan of Folan & McGlone, P.C., counsel for the defendant-in-counterclaim Cape Wide Insurance Agency, Inc. in the above-entitled matter, hereby certify that on July 20, 2004, I mailed, postage prepaid, copies of the foregoing claim of trial by jury to the following counsel of record: Richard E. Gentilli, Esquire, Bartlett Hackett Feinberg, P.C., 10 High Street, Suite 920, Boston, Massachusetts 02110; Lauren Motola-Davis, Esquire, Michael T. Farley, Esquire, Morrison, Mahoney & Miller, LLP, 121 South Main Street, Providence, Rhode Island 02903; and Steven E. Goldman, Esquire, Goldman & Hellman, 1330 Beacon Street, Suite 314, Brookline, Massachusetts 02446.

_____
John F. Folan
Folan & McGlone, P.C.