UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>ROBERT MADONNA,<br>    Defendant,<br><br>and<br><br>ROBERT MADONNA,<br>    Plaintiff-in-Counterclaim,<br><br>v.<br><br>MARKEL AMERICAN INSURANCE COMPANY and CAPE WIDE INSURANCE AGENCY, INC.<br>    Defendants-in-Counterclaim. | CIVIL ACTION NO. 04-CV-10795-MLW |

## PLAINTIFF'S REPLY TO COUNTERCLAIM

COMES NOW the Plaintiff/Counter-Defendant, MARKEL AMERICAN INSURANCE COMPANY, by and through its undersigned attorneys, and for its Reply to the Defendant's Counterclaim would respectfully state as follows:

    1.    Plaintiff/Counter-Defendant admits the allegations set forth in Paragraph 1 of the Counterclaim.

    2.    Plaintiff/Counter-Defendant admits the allegations set forth in Paragraph 2 of the Counterclaim.

    3.    Plaintiff/Counter-Defendant admits the allegations set forth in Paragraph 3 of the Counterclaim.

4. Plaintiff/Counter-Defendant admits the allegations set forth in Paragraph 4 of the Counterclaim.

5. Plaintiff is without knowledge or information sufficient to frame a response to the allegations set forth in Paragraph 5 of the Counterclaim, and therefore denies same and demands strict proof thereof.

6. Plaintiff is without knowledge or information sufficient to frame a response to the allegations set forth in Paragraph 6 of the Counterclaim, and therefore denies same and demands strict proof thereof.

7. Plaintiff is without knowledge or information sufficient to frame a response to the allegations set forth in Paragraph 7 of the Counterclaim, and therefore denies same and demands strict proof thereof.

8. Plaintiff is without knowledge or information sufficient to frame a response to the allegations set forth in Paragraph 8 of the Counterclaim, and therefore denies same and demands strict proof thereof.

9. Plaintiff/Counter-Defendant admits the allegations set forth in Paragraph 9 of the Counterclaim.

10. Plaintiff admits the allegations set forth at Paragraph 10 of the Counterclaim.

11. Plaintiff is without knowledge or information sufficient to frame a response to the allegations set forth in Paragraph 11 of the Counterclaim, and therefore denies same and demands strict proof thereof.

12. Plaintiff is without knowledge or information sufficient to frame a response to the allegations set forth in Paragraph 12 of the Counterclaim, and therefore denies same and demands strict proof thereof.

13. Plaintiff admits the allegations set forth at Paragraph 13 of the Counterclaim.

14. Plaintiff admits the allegations set forth at Paragraph 14 of the Counterclaim.

## COUNT I

15. Plaintiff repeats and realleges each and every denial set forth as if set froth fully herein.

16. Plaintiff denies the allegations set forth at Paragraph 16 of the Counterclaim.

17. Plaintiff denies the allegations set forth at Paragraph 17 of the Counterclaim.

18. Plaintiff denies the allegations set forth at Paragraph 18 of the Counterclaim.

## COUNT II

19. Plaintiff repeats and realleges each and every denial set forth as if set forth fully herein.

20. Plaintiff denies the allegations set forth at Paragraph 20 of the Counterclaim.

21. Plaintiff denies the allegations set forth at Paragraph 21 of the Counterclaim.

## COUNT III

22. Plaintiff repeats and realleges each and every denial set forth as if set forth fully herein.

23. Plaintiff is without knowledge or information sufficient to frame a response to the allegations set forth in Paragraph 23 of the Counterclaim, and therefore denies same and demands strict proof thereof.

24. Plaintiff is without knowledge or information sufficient to frame a response to the allegations set forth in Paragraph 24 of the Counterclaim, and therefore denies same and demands strict proof thereof.

25. Plaintiff is without knowledge or information sufficient to frame a response to the allegations set forth in Paragraph 25 of the Counterclaim.

26. Plaintiff admits the allegations set forth at Paragraph 26 of the Counterclaim.

27. Plaintiff is without knowledge or information sufficient to frame a response to the allegations set forth in Paragraph 27 of the Counterclaim.

## COUNT IV

28. Plaintiff repeats and realleges each and every denial set forth as if set forth fully herein.

29. Plaintiff admits the allegations set forth at Paragraph 26 of the Counterclaim.

30. Plaintiff is without knowledge or information sufficient to frame a response to the allegations set forth in Paragraph 30 of the Counterclaim

## COUNT V

31. Plaintiff repeats and realleges each and every denial set forth as if set forth fully herein.

32. Plaintiff denies the allegations set forth at Paragraph 32 of the Counterclaim.

33. Plaintiff denies the allegations set forth at Paragraph 33 of the Counterclaim.

34. Plaintiff denies the allegations set forth at Paragraph 34 of the Counterclaim.

WHEREFORE, Plaintiff prays that the Court will enter its Order dismissing the Counterclaim, along with all such other and further relief as the Court may deem proper in the premises.

Dated: July    , 2004

MARKEL AMERICAN INSURANCE COMPANY
By its Attorneys

*[signature]*

Lauren Motola-Davis    #638561
Michael T. Farley    #640593
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660    Fax 621-4660

---

GOLDMAN & HELLMAN
Attorneys for Plaintiff
315 S.E. 7th Street
Suite 200
Fort Lauderdale, Florida 33301
(954) 356-0460

569075v1

5

CERTIFICATE OF MAILING

This is to certify that a copy of the foregoing document has been sent via first class mail, this 23 day of July, 2004, to the following counsel of record:

Richard E. Gentilli, Esq.
Bartlett Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, MA 02110

*Jennifer Y Miller*