UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br>　　　Plaintiff,<br><br>v.<br><br>ROBERT MADONNA,<br>　　　Defendant<br><br>and<br><br>ROBERT MADONNA,<br>　　　Plaintiff-in-Counterclaim<br><br>v.<br><br>MARKEL AMERICAN INSURANCE COMPANY and CAPE WIDE INSURANCE AGENCY, INC.<br>　　　Defendants-in Counterclaim | CIVIL ACTION No. 04-CV-10795-MLW |

## JOINT STATEMENT

The Plaintiff/Defendant in Counterclaim, Markel American Insurance Company ("Markel"), the Defendant/Plaintiff in Counterclaim Robert Madonna ("Madonna") and the Defendant in Counterclaim Cape Wide Insurance Agency, Inc. ("Capewide") by and through their respective counsel, having conferred, hereby submit the following Joint Statement pursuant to the Court's Order dated October 27, 2004.

**Proposed Discovery and Motion Plan.** The parties' counsel have agreed upon a discovery and motion schedule follows:

1) Automatic Disclosures to be made by December 31, 2004.

2) First set of interrogatories and requests for documents, if any, shall be served on

or before January 31, 2005.

3) All other written discovery shall be completed on or before June 1, 2005.

4) The parties wish to limit the number of depositions to 10 per side initially, and if additional depositions are sought, leave of Court or the other parties' assent be required. Depositions to have been Completed by October 1, 2005.

5) All Motions to join other parties or amend the pleadings to be filed on or before February 28, 2005.

6) Experts, if any, must be disclosed on or before October 1, 2005. Rebuttal experts are to be disclosed by November 1, 2005.

7) Motions for Summary Judgment shall be filed on or before December 31, 2005.

8) The parties request that trial be scheduled for some time in mid March of 2006.

It is the parties position that phased discovery is not warranted in this case since in general the same discovery will be needed to assess the case and to prepare for trial.

Markel American Insurance Company.
By its attorneys

_____
Michael T. Farley
BBO # 640593
Morrison, Mahoney & Miller, LLP
One Providence Washington Plaza
Providence, Rhode Island 02903
401/331-4660

Robert Madonna
By his attorneys,

_____
Richard E. Gentilli
BBO #189080
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
617/422-0200

Cape Wide Insurance Agency, Inc.
By its attorneys

_John F. Folan (n4L)_
John F. Folan
BBO # 173300
Folan & McGlone, PC
PO Box 2095
401 County Street
New Bedford, MA 02741
508/992-9800