UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

|  |  |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>ROBERT MADONNA,<br>    Defendant<br><br>and<br><br>ROBERT MADONNA,<br>    Plaintiff-in-Counterclaim<br><br>v.<br><br>MARKEL AMERICAN INSURANCE COMPANY and CAPE WIDE INSURANCE AGENCY, INC.<br>    Defendants-in Counterclaim | CIVIL ACTION No. 04-CV-10795-MLW |

## SCHEDULING CONFERENCE AGENDA

The Plaintiff/Defendant in Counterclaim, Markel American Insurance Company ("Markel"), the Defendant/Plaintiff in Counterclaim Robert Madonna ("Madonna") and the Defendant in Counterclaim Cape Wide Insurance Agency, Inc. ("Capewide"), by and through their respective counsel, hereby submit the following Agenda for the Scheduling Conference set for November 29, 2004 at 10:30 a.m. pursuant to the Court's Orders dated October 26, 2004

1) Determine the nature and complexity of this case and inquire as to whether regular case management conferences should be scheduled.

2) Establish a discovery schedule.

3) Establish a schedule for motions to amend, motions to join third parties and

motions for summary judgment.

4) Set a final pretrial conference date and trial date.

5) Explore settlement options.

Markel American Insurance Company.
By its attorneys

*/s/ Michael T. Farley (REG)*
Michael T. Farley
BBO # 640593
Morrison, Mahoney & Miller, LLP
One Providence Washington Plaza
Providence, Rhode Island 02903
401/331-4660

Robert Madonna
By his attorneys,

*/s/ Richard E. Gentilli*
Richard E. Gentilli
BBO #189080
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
617/422-0200

Cape Wide Insurance Agency, Inc.
By its attorneys

*/s/ John F. Folan (REG)*
John F. Folan
BBO # 173300
Folan & McGlone, PC
PO Box 2095
401 County Street
New Bedford, MA 02741
508/992-9800