UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, ) ) ) )  Plaintiff ) v. ) ) ROBERT MADONNA, ) ) Defendant ) and ) ) ROBERT MADONNA, ) ) Plaintiff in Counterclaim ) v. ) ) MARKEL AMERICAN INSURANCE ) COMPANY and CAPE WIDE ) INSURANCE AGENCY, INC. ) ) Defendants in Counterclaim ) | CIVIL ACTION NO. 04-CV-10795-JGD |

## **SCHEDULING ORDER**

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, the Court adopts the deadlines set forth in the parties' Joint Statement and **ORDERS** as follows:

1. As agreed, the following schedule shall be entered:

    a. All automatic disclosures shall be made by **December 31, 2004**.

    b. The first set of interrogatories and requests for documents, if any, shall be served on or before **January 31, 2005**.

    c.    All other written discovery, if any, shall be completed on or before **June 1, 2005**.

    d.    Each party may take up to ten (10) depositions. Additional depositions may be taken only by consent or by leave of Court. The parties shall complete all fact witness depositions by **October 1, 2005**.

    e.    Any motions to join other parties or to amend the pleadings must be filed on or before **February 28, 2005**.

    f.    The parties shall disclose any experts on or before **October 1, 2005**. Any rebuttal experts shall be disclosed by **November 1, 2005**.

    g.    The parties shall file any motions for summary judgment on or before **December 31, 2005**.

2.    As the parties have agreed, during the next 90 days, the parties will focus their discovery efforts on insurance coverage issues.

3.    The next status conference is scheduled for **Monday, March 7, 2005 at 2:30 P.M.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

    a.    The status of the case.

    b.    Scheduling for the remainder of the case through trial.

    c.    The use of Alternative Dispute Resolution ("ADR") programs.

      d.     Whether any additional parties to the litigation have consented to jurisdiction by a Magistrate Judge.

4.     The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 3 above. With respect to the use of ADR, the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

                                                        / s / Judith Gail Dein
                                                   Judith Gail Dein
                                                   United States Magistrate Judge

DATED: November 29, 2004