UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

No. 04-CV-10795-JGD

Markel American Insurance Company, )
        PLAINTIFF )
)
vs. )
)
Robert Madonna, )
        DEFENDANT/ )
    PLAINTIFF-IN-COUNTERCLAIM )
)
vs. )
)
Markel American Insurance Company )
and Cape Wide Insurance Agency, )
Inc., )
    DEFENDANTS-IN-COUNTERCLAIM )

DEFENDANT-IN-COUNTERCLAIM CAPE WIDE
INSURANCE AGENCY, INC.'S MOTION TO IMPLEAD
THIRD-PARTY DEFENDANT

(ASSENTED TO)

Now comes the defendant-in-counterclaim Cape Wide Insurance Agency, Inc. ("Cape Wide") and moves that it be allowed to implead as a third-party defendant Crosby Yacht Yard, Inc., located in Osterville, Massachusetts. A copy of the proposed Third-party Complaint, without attachments, is attached hereto and marked "A."

In support of its motion, Cape Wide states that this action arises out of damage to a 2000 29-foot Crosby power vessel ("the Crosby vessel") owned by the defendant and plaintiff-in-counterclaim, Robert Madonna, resulting from a fire which occurred at the premises of Crosby Yacht Yard, Inc.

Cape Wide is informed that the Crosby vessel was being stored at Crosby Yacht Yard, Inc. by the vessel's owner, Robert Madonna, pursuant to payment of due consideration and that said storage constituted a bailment of the Crosby vessel.

In his counterclaim against Cape Wide, Robert Madonna alleges that Cape Wide failed to provide him with insurance coverage for the damage to the Crosby vessel. Cape Wide denies that it failed to provide said insurance coverage to Robert Madonna.

In further support of this motion, Cape Wide states that if a judgment is entered against it, then Crosby Yacht Yard, Inc. is liable to it for indemnification and/or contribution as the damage to the power vessel was due to the negligence, carelessness, and breach of contractual duties by Crosby Yacht Yard, Inc. to property stored at said premises. Furthermore, Cape Wide states that Crosby Yacht Yard, Inc. is liable for reimbursement of any judgment rendered against Cape Wide since Cape Wide is a third-party beneficiary of the above-referenced bailment contract.

In addition, all parties to this case have assented to this motion.

WHEREFORE, for the foregoing reasons, the defendant-in-counterclaim Cape Wide Insurance Agency, Inc. requests this Honorable Court to allow its motion to implead Crosby Yacht

Yard, Inc. as a third-party defendant.

By its Attorneys,

FOLAN & McGLONE, P.C.

By: /s/ John F. Folan
John F. Folan  -  B.B.O. No. 173300
Post Office Box 2095
New Bedford, MA 02741-2095

Tel. No. (508) 992-9800

Dated:  December 16, 2004

**ASSENTED TO:**

BARTLETT HACKETT FEINBERG. P.C.

By: /s/ Richard E. Gentilli
Richard E. Gentilli  -  B.B.O. No. 189080
Attorneys for Defendant and
Plaintiff-in-Counterclaim,
Robert Madonna
10 High Street, Suite 920
Boston, MA 02110

Tel. No. (61) 422-0200

MORRISON MAHONEY LLP

By: /s/ Michael T. Farley
Lauren Motola-Davis  -  B.B.O. No. 638561
Michael T. Farley   -  B.B.O. No. 640693
Attorneys for Plaintiff
121 South Main Street, Suite 600
Providence, RI 02903

Tel. No. (401) 331-4660

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on December 16, 2004.

/s/ John F. Folan
John F. Folan
Folan & McGlone, P.C.