

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

MARKEL AMERICAN INSURANCE COMPANY,
Plaintiff,

v.

ROBERT MADONNA,
Defendant

and

ROBERT MADONNA,
Plaintiff-in-Counterclaim

v.

MARKEL AMERICAN INSURANCE COMPANY and CAPE WIDE INSURANCE AGENCY, INC.
Defendants-in Counterclaim

CIVIL ACTION No. 04-CV-10795-MLW

## ANSWER AND COUNTERCLAIM

The Defendant Robert Madonna ("Madonna") hereby responds to the Amended Complaint against him by the Plaintiff Markel American Insurance Company ("Markel") as follows.

1. No answer is required to this paragraph of the Complaint.

2. Madonna admits the factual allegations of this paragraph. As to the legal conclusions, no answer thereto is required.

3. No answer is required to this paragraph of the Complaint.

4. On information and belief, Madonna admits the allegations of this paragraph.



"B"

5. Madonna admits the allegations of this paragraph.

6. Madonna has no knowledge as to the date on which Markel received any Notice of Claim. In addition, Madonna states that the Notice of Claim referred to by the Plaintiff in this paragraph was submitted by an investigator retained by the errors and omission carrier (the "E&O Investigator") for Cape Wide Insurance Agency, Inc. ("Cape Wide"). As to other allegations contained in this paragraph, Madonna has no knowledge as to the truth or falsity of the allegations and calls upon Plaintiff to prove the same.

7. Madonna states that he did not authorized anyone to make a claim on his behalf for loss to a 2003 42 foot Tiara (the "Tiara"), since that vessel was not destroyed in the yacht yard fire. Further answering Madonna states that the E&O Investigator investigating the status of insurance coverage for a 2000 30 foot Crosby Hawk (the "Crosby") destroyed in the yacht yard fire initially operated under the misapprehension that the Tiara was destroyed rather than the Crosby. Madonna's counsel informed him of his error as soon as he became aware of it, and upon information and belief, the E&O Investigator corrected his filings with Markel in response.

8. Madonna denies that he or any authorized agent on his behalf submitted any such Notice of Claim. Madonna has no knowledge as to the truth or falsity of the remaining allegations contained in this paragraph and calls upon Plaintiff to prove the same.

9. Madonna has no knowledge as to the truth or falsity of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

10. Madonna has no knowledge as to the truth or falsity of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

11. Madonna denies that Markel dealt with any agent for Madonna. Madonna states





that the vessel destroyed in the fire and insured or to have been insured by Markel was the Crosby, not the Tiara. As to communications between Markel and the E&O Investigator, Madonna has no knowledge as to their truth or falsity of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

12. Madonna admits that the E&O Investigator corrected his communications with Markel to reflect that it was the Crosby which had been destroyed in the fire. Madonna denies that this occurred subsequently to Markel's denial of coverage on the Tiara. Madonna further denies that he has in any way "retreated" from his claim.

13. Madonna has no knowledge as to the truth or falsity of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

14. Madonna has no knowledge as to the truth or falsity of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

15. Madonna repeats and realleges his answers to the previous paragraphs of the Complaint.

16. Madonna has no knowledge as to the truth or falsity of the allegations contained in this paragraph in so far as they relate to the Plaintiff's conclusions and calls upon Plaintiff to prove the same. Madonna admits that the Plaintiff is purporting to deny coverage as to the Crosby.

17. Madonna denies that Plaintiff has ever denied coverage for the Crosby. Madonna admits it is making claim for coverage of his loss.

18. Madonna denies the allegations of this paragraph. Madonna specifically denies that Markel has sustained any actual prejudice.



19. Madonna denies that an actual controversy exists because Markel has never issued a coverage decision, nor even conducted an investigation, as to the claim for the loss of the Crosby.

## AFFIRMATIVE DEFENSES

1. The complaint should be dismissed for failure to state a claim upon which relief can be granted.

2. The complaint should be dismissed for lack of subject matter jurisdiction.

3. The complaint should be dismissed for failure to join a party under Fed. R. Civ. P. 19.

4. The plaintiff's claims are barred by the doctrines of waiver and/or estoppel.

5. The plaintiff's claims are barred by the agreements between the parties.

6. The claims for declaratory judgment are premature and should be dismissed because Plaintiff denies that actual controversy exists because Markel has never issued a coverage decision, nor even conducted an investigation, as to the claim for the loss of the Crosby.

Wherefore the Defendant Robert Madonna prays that Amended Complaint be dismissed and/or that this Court declare that the loss of the 2000 30 foot Crosby Hawk was covered by insurance issued by the Plaintiff.

## COUNTERCLAIM

1. The Plaintiff-in-Counterclaim Robert Madonna ("Madonna") is an individual residing in Osterville, Barnstable County Massachusetts.

2. The Defendant-in-Counterclaim Markel American Insurance Company

("Markel") is an Illinois corporation with a principal place of business in Waukesha, Wisconsin.

3. The Defendant-in-Counterclaim Cape Wide Insurance Agency, Inc. ("Cape Wide") is a Massachusetts corporation with a usual place of business in West Chatham, MA.

4. This Court has subject matter jurisdiction over this counterclaim pursuant to 28 U.S.C. §1333, and/or 28 U.S.C. §1367.

5. Commencing in 2001, Madonna had purchased marine insurance on his vessels through the Cape Wide Agency. Cape Wide in turn had placed the insurance with Markel.

6. In or around June of 2003, Madonna purchased a 2003 42-foot Tiara (the "Tiara") from Oyster Harbors Marine and a 2000 30-foot Crosby Hawk (the "Crosby") from Crosby Yacht Yard, Inc. (the "Yacht Yard").

7. In connection with the purchases of the Tiara and the Crosby, Madonna's insurance agent, Cape Wide, was asked to undertake such steps as required so that the Tiara and Crosby were properly insured.

8. Cape Wide agreed to do so and Madonna relied on its expertise to obtain the requisite insurance.

9. Madonna is informed and therefore believes that Cape Wide promptly notified Markel by fax of Madonna's new boat purchases and asked them to substitute the Tiara and the Crosby for the boats Markel had been insuring. Copies of Cape Wide's alleged notifications to Markel are attached hereto as Exhibits "A" and "B," respectively.

10. Madonna has been informed that Markel denies that it ever received the requests by Cape Wide concerning the provision of insurance on the Tiara and the Crosby.

11. Madonna relied on Cape Wide to properly insure the Tiara and the Crosby.

12. On or about December 10, 2003, in connection with a fire at the Yacht Yard in Osterville, Massachusetts, the Crosby was totally destroyed. The Crosby had a value of approximately $284,000 at the time of its loss.

13. Madonna sought to make a claim for the loss of the Crosby on his Markel insurance through Cape Wide.

14. Madonna has since learned that Markel is denying it ever received notification from Cape Wide to insure the Crosby.

**Count I:**
**Claim against Markel on the Policy of Insurance**

15. Madonna repeats and realleges the allegations of the previous paragraphs of the Counterclaim.

16. Upon information and belief, Markel was properly notified by Cape Wide to change the identity of the vessels Markel insured for Madonna to the Tiara and the Crosby.

17. Markel duly received premiums for such policy of insurance.

18. Markel is obligated to Madonna under said policy of insurance for the loss of the Crosby.

**Count II:**
**Claim for Negligence against Markel**

19. Madonna repeats and realleges the allegations of the previous paragraphs of the Counterclaim.

20. Markel negligently failed to issue marine insurance insuring the Crosby owned by Madonna.

21. As a direct and proximate result of said negligence, Madonna sustained damages.



**Count III:**
**Claim for Breach of Contract Against Cape Wide**

22. Madonna repeats and realleges the allegations of the previous paragraphs of the Counterclaim.

23. Cape Wide agreed to take such steps as necessary to obtain marine insurance on the Tiara and the Crosby for the benefit of Madonna.

24. Cape Wide purported to obtain such insurance.

25. Madonna relied on Cape Wide's expertise and experience with regard to the obtaining of insurance on the vessels in question.

26. Upon information and belief, Cape Wide failed to ensure that a policy of marine insurance insuring the Crosby was obtained,

27. As a result of Cape Wide's breach of contract, Madonna sustained damages of $284,000.

**Count IV:**
**Claim for Negligence Against Cape Wide**

28. Madonna repeats and realleges the allegations of the previous paragraphs of the Counterclaim.

29. Cape Wide negligently failed to obtain marine insurance, insuring the Crosby.

30. As a direct and proximate result of said negligence, Madonna sustained damages of $284,000.

**Count V:**
**Claim for Violation of G. L c. 93A against Markel**

31. Madonna repeats and realleges the allegations of the previous paragraphs of the Counterclaim.



32. Markel has engaged in unfair claim settlement practices in violation of G.L. c. 176D, by, inter alia, failing to acknowledge Madonna's claim, failing to properly investigate his claim, causing Madonna's claim to be litigated and otherwise not conforming to its legal obligations.

33. Markel's actions constitute unfair and deceptive acts and practices in violation of G.L c. 93A.

34. Upon information and belief, such unfair and deceptive acts and practices were knowing and willful violations of G.L c. 93A.

Wherefore the Defendant, Plaintiff-in-Counterclaim Robert Madonna prays that it be granted a Judgment against the Defendants-in-Counterclaim Markel American Insurance Company and Cape Wide Insurance Agency, Inc. for all damages sustained by him on account of the loss of the 2000 30 foot Crosby Hawk, plus interest and costs, and also as treble damages and attorneys' fees for any violation of G. L. c. 93A by the Defendant-in-Counterclaim Markel.

Robert Madonna,
By his attorneys

Richard E. Gentilli, BBO# 189080
Thomas M. Looney, BBO# 555040
Bartlett Hackett Feinberg, PC
10 High Street, Suite 920
Boston, Massachusetts 02110
(617) 422-0200

I, Richard E. Gentilli, hereby certify that I served a copy of the foregoing on all counsel of record by first class mail, this 22 day of June, 2004.

Richard E. Gentilli

# EXHIBIT A

TF 6/16/03

# CAPE WIDE INS. AGENCY, INC.

PO Box 1288 (1455 Main Street), West Chatham, MA 02669
Phone: 508/945-5244 Fax: 508/945-5894 Email: cwi@capecod.net

## - FAX COVER -

DATE: June 16, 2003

TO: **Attn: Markel American Ins Co**
**Fax #: 262-548-~~3288~~** 9448

FAXed to Jessie 12/10/0 with Acord.

FROM: **Bill Eldredge**

RE: Robert Madonna

MESSAGE:

Effective 6/16/2003 please transfer coverage from the 1996 Tiara 41' Yacht to the 2003 Tiara 42' Yacht. See info from Manufacturers Statement of Origin & the P&S Agreement.

If any questions, don't hesitate to give me a call.

Thanks!

Bill Eldredge

5 pages





MEMORANDUM OF AGREEMENT THIS THE 23 DAY OF MAY 2003

BY AND BETWEEN **OYSTER HARBORS MARINE, INC.** OF 122 BRIDGE STREET OSTERVILLE, MA 02655 AND ROBERT MADONNA OF 886 MAIN STREET OSTERVILLE, MA 02655

**OYSTER HARBORS MARINE, INC.** AGREES TO SELL AND ROBERT MADONNA AGREES TO PURCHASE THE VESSEL DESCRIBED BELOW:

2003 42' TIARA OPEN
W/CUMMINS M11 DIESELS @ 660 HP

| Item | Price |
|---|---|
| With All Standard Equipment: | $ 565,700.00 |
| Automatic rope/chain anchor windlass w/ foredeck foot pedal & helm switch | STD |
| Freshwater & raw water washdowns for anchor locker | STD |
| Bridge deck wet bar w/ sink & refrigerator & bridge deck table | STD |
| 16,000 BTU salon & 6,000 BTU master AC w/ heat w/ cool air helm - AC vent | STD |
| Transom fold-down lounge seat & cockpit flush floor storage boxes | STD |
| Cockpit freshwater & raw water washdowns, cockpit shower & dockside water | STD |
| Teak hardwood cabin sole | STD |
| Central vacuum system | STD |
| 22" flat screen LCD TV & Bose Am/Fm, CD, DVD entertainment system - salon | STD |
| 13" flat screen LCD TV - master stateroom | STD |
| Cable TV & telephone inlets | STD |
| Kohler 8kw diesel genset w/ sound shield | STD |
| Oil change system, main engines, generator & transmissions | STD |
| Tiara 1yr. & 5yr. hull warranty & Cummins 2yr + 3yr warranty | STD |
| Cockpit Carpet - Upper deck only | N/C |
| 30" Swim platform w/ladder | $ 430.00 |
| Anti-fouling bottom paint | $ 3,300.00 |
| Portlights (4) in salon | $ 2,080.00 |
| ACR RCL 100 Remote Spotlight - BOW | $ 1,625.00 |
| 240v Glendinning cable recoiler | $ 2,030.00 |
| Waste macerator w/ Y valve | $ 2,620.00 |
| Port cockpit lockable rod storage | $ 1,290.00 |
| Rod holders (4) flush mount | $ 950.00 |
| Hardtop w/ front & side enclosures | $ 490.00 |
| 3 Piece drop curtain - NATURAL | $ 24,680.00 |
| | $ 1,830.00 |
| | $ 607,035.00 |
| Make-Ready incl: alignment, sea trial, detail & fuel fill-up | $ 4,600.00 |
| Freight | $ 12,515.00 |

OYSTER HARBORS MARINE, INC. SIGNATURE    5-21-03 DATE    PURCHASER SIGNATURE    5/24/03 DATE

OYSTER HARBORS MARINE, INC. EXPRESSLY DISCLAIMS ALL WARRANTIES, either expressed or implied including any implied warranties of merchantability or fitness for a particular purpose, other than those offered by the manufacturer.

FAXED
JUN 16 2003
BY ____

| ELECTRONICS | LIST PRICE | | |
|---|---|---|---|
| SIMRAD AP22 PILOT 80/3000 RATE COMPASS | $ 5,538.00 | $ 4,877.00 | NET |
| FURUNO RD-30 DEPTH SOUNDER | $ 1,335.00 | $ 1,193.00 | NET |
| NORTHSTAR 958 XW WAAS GPS PLOTTER | $ 6,779.00 | $ 5,997.00 | NET |
| NORTHSTAR 6KW 4.5 OPEN BLACK BOX RADAR | $ 7,547.00 | $ 6,342.00 | NET |
| STANDARD SPECTRUM VHF RADIO WHAILER | $ 1,272.00 | $ 1,022.00 | NET |
| NORTHSTAR 958 XW WAAS GPS PLOTTER | $ 6,779.00 | $ 5,997.00 | NET |
| NORTHSTAR ES4905 BLACKBOX FISHFINDER | $ 2,897.00 | $ 2,547.00 | NET |
| SUB-TOTAL | | $ 27,975.00 | |

| | |
|---|---|
| TOTAL | $ 852,855.00 |
| SELLING PRICE: | $ 598,000.00 |
| TRADE: | $ (215,000.00) |
| NET SELLING PRICE: | $ 383,000.00 |
| SALES TAX: | $ 19,150.00 |
| TOTAL: | $ 402,150.00 |
| INSTALL CUSTOMER SUPPLIED LIFE RAFT | N/C |
| PAINT NAME AND HAIL PORT | N/C |

**ADDENDUM**

1) OYSTER HARBORS MARINE AGREES TO DELIVER THE BOAT TO THE PURCHASER BY 6/13/03.

OHM INITIALS PURCHASER INITIALS

2) OYSTER HARBORS MARINE AGREES TO RENT A SLIP TO THE PURCHASER FOR THE 2004 SEASON AND THERE AFTER.

OHM INITIALS PURCHASER INITIALS

3) OYSTER HARBORS MARINE AGREES TO SPLIT ON A 50/50 BASIS ANY AND ALL PROCEEDS ABOVE A SELLING PRICE OF $250,000 ON THE 1996 40' TIARA TRADE.

OHM INITIALS PURCHASER INITIALS

4) OYSTER HARBORS MARINE AGREES TO REDUCE OUR BROKERAGE COMMISSION FROM 10% TO 7% IF THE PURCHASER DECIDES TO LIST HIS 2000 3070 PURSUIT-OFFSHORE.

OHM INITIALS PURCHASER INITIALS

5) OYSTER HARBORS MARINE AGREES TO REDUCE THE NET COST OF THE TRANSACTION BY $10,000 IF THE VESSEL IS NOT AT LEAST 90% DONE BY JUNE 13TH 2003.

OHM INITIALS PURCHASER INITIALS

OYSTER HARBORS MARINE, INC. SIGNATURE 5-24-03 DATE PURCHASER SIGNATURE 5/24/03 DATE

OYSTER HARBORS MARINE, INC. EXPRESSLY DISCLAIMS ALL WARRANTIES, either expressed or implied including any implied warranties of merchantability or fitness for a particular purpose, other than those offered by the manufacturer.

FAXED
JUN 16 2003
By

# MANUFACTURER'S STATEMENT OF ORIGIN TO A BOAT OR MOTOR

The undersigned CORPORATION hereby certifies that the new boat or motor described below, the property of said CORPORATION, has been transferred this 24th day of February 20 03 on Invoice No. 230083 to Oyster Harbors Marine, Inc. (Distributor, Dealer, Etc.) whose address is 122 Bridge Street (Street, City and State) Osterville, MA 02655

| YEAR | MODEL | LENGTH |
|---|---|---|
| 2003 | 4200 Open | 42'6" |
| BOAT | Mfr's Serial No. | |
| Tiara | SSUR2008K203 | |
| MOTOR | MOTOR No. | H.P. |
| Cummins QSM11660 Dsl Twn | P.E. 35052314<br>S.E. 35051034 | 660hp |

The CORPORATION further certifies that this was the first transfer of such new boat or motor in ordinary trade and commerce.

S2 Yachts, Inc.
(Corporation)

By: Susan Kane — Sales Service
Sign Name — Title or Position

Holland, MI 49423
Office Address of Signatory (City and State)

Approved by Registrar of Motor Vehicles



DEPARTMENT OF TRANSPORTATION
U.S. COAST GUARD
CG-1261 (REV. 3-92)

# BUILDER'S CERTIFICATION AND FIRST TRANSFER OF TITLE

OMB APPROVED 2115-0110

## I. PHASE OF CONSTRUCTION COVERED BY THIS CERTIFICATE

- [x] ENTIRE CONSTRUCTION
- [ ] HULL ONLY
- [ ] COMPLETION ONLY (HULL BUILT BY ANOTHER)

YEAR PHASE OF CONSTRUCTION: 2003
YEAR COMPLETED:

## II. VESSEL DATA

A. HULL IDENTIFICATION NUMBER OR HULL NUMBER: SSUR2006K203

B. VESSEL NAME (IF KNOWN):

D. PLACE OF BUILD (CITY, STATE, COUNTRY): Holland, MI USA

C. EQUIPPED WITH ENGINE? [x] YES [ ] NO — OUTBOARD [ ] YES [x] NO

E. HULL MATERIAL:
- [ ] WOOD
- [ ] ALUMINUM
- [ ] STEEL
- [ ] CONCRETE
- [x] FIBROUS REINFORCED PLASTIC
- [ ] OTHER

## III. DIMENSIONS
(COMPLETE APPROPRIATE DIAGRAM)

[x] SHIP-SHAPE HULL

L= 42'6" B= 14'11" D= 7'9"

[ ] SAILBOAT

D1 only if actual hull depth (D) cannot be determined

L= B= D= D1=

[ ] CATAMARAN

L= B= B1= D=

[ ] TRIMARAN

L= L1= L2=
B= B1= B2
D= D1=

[ ] BARGE-SHAPED HULLS

L= B= D=

[ ] DECKHOUSES — Houseboats only

(AVERAGE DECKHOUSE DIMENSIONS MUST BE FURNISHED IN ADDITION TO HULL DIMENSIONS)

L= B= D=

## IV. UNITED STATES BUILD STATEMENT

- [x] ALL MAJOR COMPONENTS USED IN THE PHASE OF CONSTRUCTION COVERED BY THIS CERTIFICATE WERE FABRICATED IN THE UNITED STATES.
- [x] ALL CONSTRUCTION AND ALL ASSEMBLY FOR THIS PHASE OF CONSTRUCTION WERE DONE IN THE UNITED STATES.

PREVIOUS EDITION OBSOLETE

FAXED
JUN 16 2003
By [signature]

TOTAL P.25

3-12-04; 5:24PM;RMG



verizon

*Make progress every day*

Billing Date: [illegible]2/03 Page 16 of 23
Telephone Number: 508 945 5244
Account: 508 945 5244 304 06 5
How to Reach Us: See page 2

## Verizon Enterprise Solutions

Switched Outbound (continued)

| no. | date | time | place | | number | type | rate | min. | amount |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 6/12 | 3:25pm | Washigtnvl | NY | 845 496-2171 | | Flat | 0.7 | 0.05 |
| 2. | 6/12 | 4:34pm | Jacksonvl | FL | 904 733-5837 | | Flat | 0.8 | 0.06 |
| 3. | 6/13 | 4:53pm | Eprovidnce | RI | 401 438-2312 | | Flat | 0.7 | 0.05 |
| 4. | 6/16 | 2:12pm | Buena Park | CA | 714 228-3088 | | Flat | 1.3 | 0.09 |
| 5. | 6/16 | 4:37pm | Waukesha | WI | 262 548-3288 | | Flat | 2.3 | 0.16 |
| 6. | 6/17 | 9:10am | New London | CT | 860 449-5915 | | Flat | 1.8 | 0.13 |
| 7. | 6/17 | 10:52am | New York | NY | 212 428-5285 | | Flat | 0.8 | 0.06 |
| 8. | 6/17 | 11:03am | Jacksonvl | FL | 904 256-6090 | | Flat | 0.9 | 0.06 |
| 9. | 6/17 | 12:04pm | Eprovidnce | RI | 401 438-2312 | | Flat | 0.8 | 0.06 |
| 10. | 6/17 | 2:24pm | Rutland | VT | 802 775-8233 | | Flat | 1.2 | 0.08 |
| 11. | 6/17 | 2:26pm | New York | NY | 212 428-5285 | | Flat | 0.8 | 0.06 |
| 12. | 6/17 | 4:14pm | Hatboro | PA | 215 957-3598 | | Flat | 1.1 | 0.08 |
| 13. | 6/17 | 4:29pm | Alhambra | CA | 626 927-4537 | | Flat | 0.7 | 0.05 |
| 14. | 6/18 | 4:52pm | Moorestown | NJ | 856 917-2839 | | Flat | 0.8 | 0.06 |
| 15. | 6/19 | 10:30am | Tacoma | WA | 253 498-4854 | | Flat | 0.8 | 0.06 |
| 16. | 6/19 | 10:49am | Portsmouth | NH | 603 431-5693 | | Flat | 1.0 | 0.07 |
| 17. | 6/19 | 3:40pm | Burlington | VT | 802 383-0635 | | Flat | 0.8 | 0.06 |
| 18. | 6/20 | 10:57am | Huntinbch | CA | 714 965-3972 | | Flat | 0.4 | 0.03 |
| 19. | 6/20 | 11:01am | Huntinbch | CA | 714 965-3972 | | Flat | 0.7 | 0.05 |

For 508 945-5894 53.46

Calls on 508 945-7526 CHATHAM MA

Domestic

| no. | date | time | place | | number | type | rate | min. | amount |
|---|---|---|---|---|---|---|---|---|---|
| 20. | 5/23 | 9:49am | Fayettevl | NC | 910 482-4657 | | Flat | 13.2 | 0.92 |
| 21. | 5/23 | 10:12am | Troy | NY | 518 279-3400 | | Flat | 0.3 | 0.02 |
| 22. | 5/23 | 12:16pm | Troy | NY | 518 279-3400 | | Flat | 0.8 | 0.06 |
| 23. | 5/23 | 12:17pm | Troy | NY | 518 279-3400 | | Flat | 1.1 | 0.08 |
| 24. | 5/23 | 1:53pm | Washigtnvl | NY | 845 496-8071 | | Flat | 1.1 | 0.08 |
| 25. | 5/23 | 2:28pm | Hackensack | NJ | 201 845-4300 | | Flat | 4.5 | 0.32 |
| 26. | 5/23 | 4:16pm | Fayettevl | NC | 910 482-4657 | | Flat | 5.1 | 0.36 |
| 27. | 5/27 | 1:18pm | Danbury | CT | 203 205-7661 | | Flat | 1.7 | 0.12 |
| 28. | 5/27 | 2:22pm | Hackensack | NJ | 201 845-4300 | | Flat | 2.6 | 0.18 |
| 29. | 5/28 | 9:23am | Holyoke | MA | 413 530-3234 | | Flat | 2.6 | 0.18 |
| 30. | 5/28 | 11:01am | Park Ridge | NJ | 201 391-8580 | | Flat | 0.9 | 0.06 |
| 31. | 5/28 | 1:40pm | Park Ridge | NJ | 201 391-8580 | | Flat | 0.5 | 0.04 |
| 32. | 5/29 | 2:54pm | Wseventhii | OH | 513 369-5000 | | Flat | 1.0 | 0.07 |
| 33. | 5/30 | 2:44pm | Wseventhii | OH | 513 412-4336 | | Flat | 0.6 | 0.04 |
| 34. | 6/02 | 10:56am | Mansfield | OH | 419 756-4226 | | Flat | 0.7 | 0.05 |
| 35. | 6/02 | 2:03pm | Phila | PA | 215 561-8365 | | Flat | 2.4 | 0.17 |
| 36. | 6/02 | 2:51pm | Washigtnvl | NY | 845 496-8071 | | Flat | 1.8 | 0.13 |
| 37. | 6/04 | 3:49pm | Nashua | NH | 603 888-1207 | | Flat | 0.7 | 0.05 |
| 38. | 6/05 | 2:31pm | Cheshire | CT | 203 272-2283 | | Flat | 0.7 | 0.05 |
| 39. | 6/09 | 4:05pm | Seymour | CT | 203 888-9217 | | Flat | 0.4 | 0.03 |
| 40. | 6/11 | 11:50am | Ftlauderdl | FL | 954 205-9907 | | Flat | 0.3 | 0.02 |
| 41. | 6/11 | 2:09pm | New York | NY | 917 543-3864 | | Flat | 1.8 | 0.13 |
| 42. | 6/11 | 2:12pm | Washigtnvl | NY | 845 496-8071 | | Flat | 1.0 | 0.07 |
| 43. | 6/11 | 2:13pm | New York | NY | 917 543-3864 | | Flat | 1.5 | 0.11 |
| 44. | 6/12 | 9:25am | Dublinsurm | CA | 925 560-2724 | | Flat | 0.8 | 0.06 |
| 45. | 6/12 | 12:25pm | Eagle | PA | 610 458-7630 | | Flat | 0.5 | 0.04 |
| 46. | 6/12 | 2:09pm | Denver | PA | 717 336-3835 | | Flat | 0.7 | 0.05 |
| 47. | 6/18 | 1:20pm | Washigtnvl | NY | 845 496-8071 | | Flat | 0.9 | 0.06 |

# EXHIBIT B

TF 6/2

# CAPE WIDE INS. AGENCY, INC.

PO Box 1288 (1455 Main Street), West Chatham, MA 02669
Phone: 508/945-5244 Fax: 508/945-5894 Email: cwi@capecod.net

## - FAX COVER -

DATE: June 24, 2003

TO: **Attn: Markel American**
**Fax #: 262-548-3288**

FROM: **Bill Eldredge**

RE: Robert P [redacted] RD0000503

FAXED
JUN 24 2003
By

MESSAGE:

Effective 6/23/2003 change 2000 Pursuit to the following watercraft:

2000 Crosby Hawk 29, 29", S# CRY30168L999

2000 Twin Yamaha 300 hp each

TOTAL AGREED VALUE = $283,959.

See P&S attached.

PAGE

# CROSBY YACHT

CROSBY YACHT YARD, INC.
72 CROSBY CIRCLE
OSTERVILLE (CAPE COD)
MASSACHUSETTS 02655-2037
508/428-6900
FAX 508/428-0323

## FAX COVER SHEET

| SEND TO | |
|---|---|
| Company name: Cape Wide | From: Jessica Stiger |
| Attention: Ed Eldredge | Date: 6-23-03 |
| Office location: Chatham, Ma | Office location: Osterville, Ma |
| Fax number: (508) 945-5894 | Phone number: (508) 428-6900 |

☐ Urgent ☐ Reply ASAP ☐ Please comment ☐ Please review ☒ For your information

Total pages, including cover: 2

COMMENTS

re: Bob Madonna
Linder

* Need hull serial #? OK

* Do you know if this is an add'l watercraft or did he trade one in?

* Need length? 29. no loan






ESTABLISHED 1850



BUYER(S) Robert K. [illegible] HOME PHONE BUSINESS PHONE DATE [illegible]

ADDRESS 886 Main St CITY Osterville COUNTY MA STATE ZIP [illegible]

SALESPERSON PROPOSED DELIVERY DATE 7/9 DELIVERY INSTRUCTIONS CRY30168L999

HULL MATERIAL(S) Crosby Hawk 2000 COLOR 29 H.I.N. Used STOCK NO.

MANUFACTURER OF BOAT YEAR MODEL & SIZE SERIAL NO. Twin Yamaha 300 diesel [illegible] Used NEW / USED $

MANUFACTURER OF MOTOR YEAR MODEL & SIZE SERIAL NO. NEW / USED $

MANUFACTURER OF TRAILER YEAR MODEL & SIZE V.I.N. NEW / USED $

OPTIONAL EQUIPMENT AND ACCESSORIES

As Equipped Per [illegible] and [illegible]
less owners personal gear

Trade In: [illegible] 3070 Offshore
(HIN: SSU Z3058 D000)
Twin 250 Yamaha outboard. With all
Equipment Fitted less owners personal gear

Name and Hail change to change to
Nicole Ali

4 Flush Mount Rod holders 3 95.00
2 Pair Rod Racks
Stainless Steel Rail 300.00

OPTIONAL EQUIPMENT CARRIED FORWARD $

| | |
|---|---|
| TOTAL PURCHASE ABOVE | $ [illegible] |
| OPTIONAL EQUIPMENT (From Below) | [illegible] |
| (Special Credits) | |
| SUB-TOTAL | |
| SALES TAX (If Applicable) | |
| DEALER RIGGING/PREP | |
| FREIGHT | |
| CASH SALE PRICE | [illegible] |
| LESS TRADE-IN ALLOWANCE | 90,000 |
| SUB-TOTAL | |

| DATES | DOWN PAYMENTS |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

| | |
|---|---|
| LESS TOTAL DOWN PAYMENT | $ [illegible] |
| NET BALANCE | $ [illegible] |
| TAX (If NOT Included Above) | $ [illegible] |
| | $ |
| | $ [illegible] |
| TITLE/Registration/Office Fees | $ |
| | $ |
| | $ |
| | $ |
| UNPAID BALANCE | $ |

☐ WHEN THIS BOX IS CHECKED, I UNDERSTAND THAT THE UNIT I AM BUYING FROM YOU DESCRIBED ABOVE IS BEING SOLD TO ME "AS IS" AND I ACCEPT THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THIS UNIT AND THAT I DID USE MY OWN JUDGEMENT AND INSPECTION.

DESCRIPTION OF TRADE-IN

| BOAT MANUFACTURER | YEAR | SIZE | H.I.N. | $ |
|---|---|---|---|---|
| MOTOR MANUFACTURER | YEAR | H.P. | SERIAL NO. | $ |
| TRAILER MANUFACTURER | YEAR | SIZE | V.I.N. | $ |
| AMOUNT OWING $ | TO WHOM | | | |
| TOTAL TRADE-IN ALLOWANCE | | | | $ |

TRADE-IN DEBT TO BE PAID BY ☐ RETAILER ☐ CUSTOMER

[illegible] the additional terms and conditions on the other side of this contract are agreed to as a part of this agreement, the same as if printed above the signature. I am of legal age or have been emancipated. I certify that the optional equipment, accessories and insurance, if any, has been voluntarily purchased by me. My trade-in is free from all liens and encumbrances whatsoever except as I have indicated herein (See Par. #3 and #10 on the back of this agreement). You and I agree that if any provision of this contract should violate the law and/or is unenforceable, the rest of this contract will remain valid.

I UNDERSTAND THAT THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND ALL OTHER WARRANTIES EXPRESS OR IMPLIED ARE EXCLUDED BY YOU FROM THIS TRANSACTION AND SHALL NOT APPLY TO THE GOODS OR I UNDERSTAND THAT YOU MAKE NO WARRANTIES WHATSOEVER REGARDING THE BOAT OR RIG NOR FOR ANY APPLIANCE COMPONENTS CONTAINED THEREIN, EXCEPT AS MAY BE REQUIRED UNDER APPLICABLE STATE LAW. I UNDERSTAND THAT THERE MAY BE WRITTEN WARRANTIES COVERING THE BOAT OR PURCHASED, OR ANY APPLIANCE(S) OR COMPONENT(S). I WILL GIVE ME COPIES OF ANY AND ALL WRITTEN WARRANTIES SUPPLIED BY MANUFACTURERS.

I HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THIS ORDER AND THAT I HAVE READ THE BACK OF THIS AGREEMENT.

I ALSO AGREE THAT THE BALANCE WILL BE PAID ☐ CASH, ☐ BANK DRAFT, ☐ CERTIFIED CHECK, OR BY EXECUTION OF A ☐ RETAIL INSTALLMENT CONTRACT OR SECURITY AGREEMENT AND ITS ACCEPTANCE BY FINANCING AGENCY.

CROSBY YACHT YARD, INC. RETAILER

Not Valid Unless Signed and Accepted by an Officer of the Company

BY: [signature]

Approved, Subject to acceptance of financing by bank or finance company.

SIGNED [signature] BUYER

SIGNED BUYER

**READ BOTH SIDES OF THIS AGREEMENT BEFORE SIGNING THIS DOCUMENT.**



Make progress every day

Phone Number: 508 945 5244
Account: 508 945 5244 304 006 5
How to Reach Us: See page 2

## Verizon Enterprise Solutions

**Switched Outbound** (continued)

**Calls on 508 945-5894 CHATHAM MA**

| no. | date | time | place | | number | type | rate | min. | amount |
|---|---|---|---|---|---|---|---|---|---|
| **Domestic** | | | | | | | | | |
| 1. | 6/23 | 11:27am | Sadlbckvly | CA | 949 770-1651 | | Flat | 0.8 | 0.06 |
| 2. | 6/24 | 10:03am | Little Fls | NJ | 973 890-1043 | | Flat | 0.3 | 0.02 |
| 3. | 6/24 | 10:12am | Little Fls | NJ | 973 890-1043 | | Flat | 0.3 | 0.02 |
| 4. | 6/24 | 10:14am | Little Fls | NJ | 973 890-1043 | | Flat | 0.7 | 0.05 |
| 5. | 6/24 | 1:43pm | Washigtnvl | NY | 845 496-2171 | | Flat | 0.7 | 0.05 |
| 6. | 6/24 | 2:33pm | Alhambra | CA | 626 927-4521 | | Flat | 0.3 | 0.02 |
| 7. | 6/24 | 2:34pm | Alhambra | CA | 626 927-4521 | | Flat | 1.0 | 0.07 |
| 8. | 6/24 | 3:11pm | New London | CT | 860 449-5915 | | Flat | 0.7 | 0.05 |
| 9. | 6/24 | 4:02pm | Waukesha | WI | 262 548-3288 | | Flat | 1.4 | 0.10 |
| 10. | 6/25 | 2:26pm | Las Vegas | NV | 702 233-9730 | | Flat | 1.2 | 0.08 |
| 11. | 6/25 | 2:42pm | Vly Forge | PA | 484 676-1583 | | Flat | 0.8 | 0.06 |
| 12. | 6/25 | 4:19pm | Burlington | VT | 802 383-0635 | | Flat | 0.8 | 0.06 |
| 13. | 6/26 | 3:04pm | Goodletsvl | TN | 615 851-9656 | | Flat | 0.9 | 0.06 |
| 14. | 6/26 | 3:16pm | Nashville | TN | 615 731-1034 | | Flat | 0.9 | 0.06 |
| 15. | 6/26 | 4:41pm | New London | CT | 860 449-5915 | | Flat | 1.8 | 0.13 |
| 16. | 6/30 | 1:37pm | Richardson | TX | 214 292-8402 | | Flat | 4.4 | 0.31 |
| 17. | 6/30 | 1:44pm | Hatboro | PA | 215 674-5685 | | Flat | 1.4 | 0.10 |
| 18. | 7/01 | 11:46am | Overlandpk | KS | 913 894-4988 | | Flat | 0.6 | 0.04 |
| 19. | 7/01 | 2:37pm | Irvine | CA | 949 450-5606 | | Flat | 0.9 | 0.06 |
| 20. | 7/02 | 11:35am | Dover | NH | 603 742-4521 | | Flat | 1.2 | 0.08 |
| 21. | 7/02 | 1:19pm | Dover | NH | 603 742-4521 | | Flat | 0.7 | 0.05 |
| 22. | 7/02 | 1:44pm | Dover | NH | 603 742-4521 | | Flat | 0.7 | 0.05 |
| 23. | 7/02 | 2:30pm | Dover | NH | 603 742-4521 | | Flat | 0.7 | 0.05 |
| 24. | 7/03 | 9:25am | Houston | TX | 713 620-4829 | | Flat | 1.3 | 0.09 |
| 25. | 7/07 | 3:58pm | Pikesville | MD | 410 205-4066 | | Flat | 0.6 | 0.04 |
| 26. | 7/07 | 4:21pm | Little Fls | NJ | 973 890-1043 | | Flat | 0.8 | 0.06 |
| 27. | 7/08 | 9:08am | Overlandpk | KS | 913 894-4988 | | Flat | 0.7 | 0.05 |
| 28. | 7/08 | 10:39am | Ridgefield | CT | 203 438-3869 | | Flat | 0.3 | 0.02 |
| 29. | 7/08 | 10:42am | Ridgefield | CT | 203 438-3869 | | Flat | 1.0 | 0.07 |
| 30. | 7/08 | 1:30pm | New London | CT | 860 449-5915 | | Flat | 1.8 | 0.13 |
| 31. | 7/09 | 4:43pm | Dover | NH | 603 742-4521 | | Flat | 0.7 | 0.05 |
| 32. | 7/11 | 10:13am | Dover | NH | 603 742-4521 | | Flat | 0.9 | 0.06 |
| 33. | 7/11 | 11:51am | Springfld | OH | 937 525-4104 | | Flat | 0.7 | 0.05 |
| 34. | 7/14 | 9:58am | New London | CT | 860 449-5915 | | Flat | 0.7 | 0.05 |
| 35. | 7/14 | 10:31am | Bay Shore | NY | 631 666-5723 | | Flat | 1.7 | 0.12 |
| 36. | 7/15 | 9:58am | Scituate | RI | 401 934-2670 | | Flat | 0.7 | 0.05 |
| 37. | 7/15 | 10:01am | Scituate | RI | 401 934-2670 | | Flat | 0.3 | 0.02 |
| 38. | 7/15 | 10:19am | Scituate | RI | 401 934-2670 | | Flat | 0.3 | 0.02 |
| 39. | 7/15 | 10:21am | Scituate | RI | 401 934-2670 | | Flat | 0.9 | 0.06 |
| 40. | 7/15 | 10:23am | Exeter | NH | 603 775-0660 | | Flat | 0.7 | 0.05 |
| 41. | 7/15 | 4:14pm | Dover | NH | 603 742-4521 | | Flat | 0.8 | 0.06 |
| 42. | 7/16 | 10:28am | Exeter | NH | 603 775-0660 | | Flat | 0.8 | 0.06 |
| 43. | 7/17 | 9:03am | Jacksonvl | FL | 904 646-9462 | | Flat | 0.8 | 0.06 |
| 44. | 7/17 | 1:51pm | Millsboro | DE | 302 934-2864 | | Flat | 0.6 | 0.04 |
| 45. | 7/21 | 1:19pm | Buena Park | CA | 714 228-3088 | | Flat | 1.2 | 0.08 |
| 46. | 7/21 | 2:53pm | Buena Park | CA | 714 228-3088 | | Flat | 1.3 | 0.09 |
| 47. | 7/23 | 12:35pm | Richardson | TX | 972 783-5394 | | Flat | 1.4 | 0.10 |

**For 508 945-5894** $3.11