UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

No. 04-CV-10795-JGD

| | |
|---|---|
| Markel American Insurance Company,<br>    PLAINTIFF | )<br>)<br>) |
| vs. | )<br>) |
| Robert Madonna,<br>    DEFENDANT/<br>      PLAINTIFF-IN-COUNTERCLAIM | )<br>)<br>)<br>) |
| vs. | )<br>) |
| Markel American Insurance Company<br>and Cape Wide Insurance Agency,<br>Inc.,<br>    DEFENDANTS-IN-COUNTERCLAIM | )<br>)<br>)<br>)<br>) |
| AND | )<br>) |
| Cape Wide Insurance Agency, Inc.,<br>    DEFENDANT-IN-COUNTERCLAIM/<br>      THIRD-PARTY PLAINTIFF | )<br>)<br>)<br>) |
| vs. | )<br>) |
| Crosby Yacht Yard, Inc.,<br>    THIRD-PARTY DEFENDANT | )<br>) |

<u>DEFENDANT-IN-COUNTERCLAIM/THIRD-PARTY PLAINTIFF,
CAPE WIDE INSURANCE AGENCY, INC.'S
CLAIM OF TRIAL BY JURY</u>

Now comes the defendant-in-counterclaim/third-party plaintiff, Cape Wide Insurance Agency, Inc., and claims a

trial by jury both in the counterclaim against it and in its third-party action.

By its Attorneys,

FOLAN & McGLONE, P.C.

By: _____
John F. Folan
B.B.O. No. 173300
Post Office Box 2095
New Bedford, Massachusetts 02741-20__

Tel. No. (508) 992-9800

Dated:   December 16, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on December 16, 2004.

_____
John F. Folan
Folan & McGlone, P.C.