UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-CV-10795-JGD

| | |
|---|---|
| Markel American Insurance Co.,<br>    Plaintiff | )<br>)<br>) |
| v. | ) |
| Robert Madonna,<br>    Defendant,<br>    Plaintiff-In-Counterclaim, | )<br>)<br>)<br>) |
| v. | ) |
| Markel American Insurance Co., and<br>Cape Wide Insurance Agency, Inc.,<br>    Defendant-In-Counterclaim,<br>and<br>Cape Wide Insurance Agency, Inc.,<br>    Defendant-In-Counterclaim/<br>    Third-Party Plaintiff, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| Crosby Yacht Yard, Inc.,<br>    Third-Party Defendant, | )<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter my appearance as counsel in this case for the Third-Party Defendant, Crosby Yacht Yard, Inc.

By its attorneys,

_Seth J. Holbrook_
Seth S. Holbrook / BBO No. 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2-9-05
_Seth J. Holbrook_