# United States District Court

FOR THE DISTRICT OF __MASSACHUSETTS IN ADMIRALTY__

PLAINTIFF
Markel American Insurance Company

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND PLAINTIFF-IN-COUNTERCLAIM ~~THIRD PARTY PLAINTIFF~~
  Robert Madonna

V. DEFENDANTS-IN-COUNTERCLAIM
  Markel American Insurance Company
  and Cape Wide Insurance Agency, Inc.

AND DEFENDANT-IN-COUNTERCLAIM/THIRD-PARTY PLAINTIFF
  Cape Wide Insurance Agency, Inc.

V. THIRD PARTY DEFENDANT
  Crosby Yacht Yard, Inc.

CASE NUMBER: 04-CV-10795-JGD

TO: (Name and address of Third Party defendant)

Crosby Yacht Yard, Inc.
72 Crosby Circle
Osterville, Massachusetts 02655

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lauren Motola-Davis, Esquire
Michael T. Farley, Esquire
Mahoney & Miller, LLP
121 South Main Street
Providence, Rhode Island 02903

Richard E. Gentilli, Esquire
Bartlett Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, Massachusetts 02110

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

John F. Folan, Esquire
Folan & McGlone, P.C.
Post Office Box 2095
New Bedford, Massachusetts 02741-2095

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK: Tony Anastas

DATE: 1-7-05

(BY) DEPUTY CLERK: Kathleen Boyce

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

FILED
IN CLERK'S OFFICE

| PLAINTIFF (THIRD-PARTY) | COURT CASE NUMBER |
|---|---|
| Cape Wide Insurance Agency, Inc. | 04-CV-10795-JGD |
| DEFENDANT (THIRD-PARTY) | TYPE OF PROCESS |
| Crosby Yacht Yard, Inc. | Civil Summons |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Crosby Yacht Yard, Inc.

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
72 Crosby Circle, Osterville, Massachusetts 02655

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John F. Folan, Esquire
Folan & McGlone, P.C.
Post Office Box 2095
New Bedford, Massachusetts 02741-2095

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve an officer, managing or general agent, or person in charge of the business at Crosby Yacht Yard, Inc. at above address. Tel. No. (508) 428-6958

Signature of Attorney or other Originator requesting service on behalf of: ☒ THIRD-PARTY PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (508) 992-9800
DATE: 1/13/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 1/18/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service / Time

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | 53.29 | — | 98.29 | 45.00 | 53.29 | |

REMARKS: