**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY | Civil Action No. 04-CV-10795-JGD |
| v. | |
| ROBERT MADONNA | |
| v. | |
| MARKEL AMERICAN INSURANCE COMPANY and CAPE WIDE INSURANCE AGENCY, INC. | |
| v. | |
| CROSBY YACHT YARD, INC. | |

**THIRD PARTY DEFENDANT CROSBY YACHT YARD, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Now comes the third party defendant, Crosby Yacht Yard, Inc., (hereinafter, "Crosby"), in the above captioned matter, by and through its undersigned attorneys, Holbrook & Murphy, and submits its Corporate Disclosure Statement pursuant to Local Rule 7.3.

There is no parent corporation and no publicly held company owns 10% or more of the stock of Crosby Yacht Yard, Inc.

By its attorney,

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

2

**Certificate of Service**

      I hereby certify that on March 7, 2005, I electronically filed the Third Party Defendant Crosby Yacht Yard, Inc.'s Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John F. Folan, Folan & McGlone, P.C., Post Office Box 2095, New Bedford, MA  02741; Lauren Motola-Davis, Mahoney & Miller, LLP, 121 South Main Street, Providence, RI  02903; and Richard E. Gentilli, Bartlett Hackett Feinberg, P.C., 10 High Street, Suite 920, Boston, MA  02110.

      /s/ Seth S. Holbrook  
      Seth S. Holbrook, BBO# 237850  
      HOLBROOK & MURPHY  
      150 Federal Street, 12th Floor  
      Boston, MA 02110  
      (617) 428-1151  
      holbrook_murphy@msn.com