UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARKEL AMERICAN INSURANCE           )
COMPANY,                            )
                                    )
                Plaintiff,          )
        v.                          )           CIVIL ACTION
                                    )           NO. 04-10795-JGD
ROBERT MADONNA,                     )
                                    )
        Defendant/Counter Plaintiff, )
                                    )
        and                         )
                                    )
ROBERT MADONNA,                     )
                                    )
                Plaintiff in Counterclaim, )
        v.                          )
                                    )
MARKEL AMERICAN INSURANCE           )
COMPANY and CAPE WIDE               )
INSURANCE AGENCY, INC.,             )
                                    )
        Defendants in Counterclaim, )
        v.                          )
                                    )
CROSBY YACHT YARD, INC.,            )
                                    )
        Third-Party Defendant.      )

## SCHEDULING ORDER

Following a scheduling conference held today pursuant to Fed. R. Civ. P. 16(a),

the Court ORDERS as follows:

1.      As agreed, the following schedule shall be entered:

        a.      The parties shall serve any remaining written discovery on or before

**June 1, 2005**.

b.      Each party may take up to ten (10) depositions. Additional depositions may be taken only by consent or by leave of Court. The parties shall complete all fact witness depositions by **October 1, 2005**.

c.      The parties shall disclose any experts on or before **October 1, 2005**. Any rebuttal experts shall be disclosed by **November 1, 2005**.

d.      The parties shall file any motions for summary judgment on or before **December 31, 2005**.

2.      Markel American Insurance Company shall notify the court by **March 21, 2005**, as to whether it agrees to participate in ADR, along with Robert Madonna and Cape Wide Insurance Agency, Inc., in order to attempt to resolve the parties' dispute concerning insurance coverage issues.

3.      Third-party defendant Crosby Yacht Yard, Inc. shall file a motion to stay discovery with respect to that party.

                      / s / Judith Gail Dein
                    Judith Gail Dein
                    United States Magistrate Judge

DATED: March 7, 2005