UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

MARKEL AMERICAN INSURANCE
COMPANY,

    Plaintiff,

vs.

ROBERT MADONNA,

    Defendant/Counter-Plaintiff,

vs.

MARKEL AMERICAN INSURANCE
COMPANY and CAPE WIDE INSURANCE
AGENCY, INC.,

    Counter-Defendants,

vs.

CROSBY YACHT YARD, INC.,

    Third Party Defendant.

CASE NO. 04-CV-10795-JGD

## BRIEF JOINT STATEMENT OF THE PARTIES

Pursuant to the Scheduling Order of the United States District Court for the District of Massachusetts, dated November 29, 2004, counsel for the Plaintiff Markel American Insurance Company, Defendant/Counter-Plaintiff Robert Madonna, Counter-Defendant Cape Wide Insurance Agency, Inc., and Third Party Defendant, Crosby Yacht Yard, Inc., hereby submit the following brief Joint Statement:

1

A.  STATUS OF THE CASE

The undersigned counsel for the parties can report that written discovery has been served, and that responses thereto have either been served or else are in the process of being drafted.

Defendant Cape Wide Insurance Agency, Inc. has served a Third Party Complaint on Crosby Yacht Yard, Inc.

B.  SCHEDULING

The parties anticipate being able to comply with all dates set forth in the Court's Scheduling Order dated November 29, 2004, completing depositions and all discovery in time to submit summary judgment motions on or before December 31, 2005.

C.  ALTERNATIVE DISPUTE RESOLUTION

The Defendants Robert Madonna and Cape Wide are willing to participate in the Court's Alternative Dispute Resolution program. No agreement has been reached as of yet on this issue by the Plaintiff Markel American Insurance Company or Crosby Yacht Yard, Inc.

D.  JURISDICTION BY THE MAGISTRATE

The parties have agreed to jurisdiction by the United States magistrate. The newly joined party, Crosby Yacht Yard, Inc. states that although it agrees conceptually to jurisdiction by the United States Magistrate, the third party action should be severed for trial and further, that there are pending cases before Judge O'Toole and that there are pending motions in those cases regarding consolidation for discovery and/or trial.

Respectfully submitted,
MORRISON MAHONEY LLP
Attorneys for Plaintiff
One Providence Washington Plaza, 6th Floor
Providence, RI 02903-7141
(401) 331-4660

_____
Lauren Motola-Davis, #638561
Michael T. Farley #640593


BARTLETT HACKETT FEINBERG, PC
Attorneys for Defendant
10 High Street, Suite 920
Boston, MA 02110
(617) 422-0200

_____
Richard E. Gentilli, #189080


FOLAN & McGLONE, P.C.
Attorneys for Counter-Defendant
P.O. Box 2095
New Bedford, MA 02741-2095

_____
John F. Folan, #173300

HOLBROOK & MURPHY
Attorneys for Third Party Defendant
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

_____
Seth S. Holbrook, BBO# 237850

Dated: March 7, 2005