UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

FILED
CLERKS OFFICE

2005 MAR 24  P 1: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

MARKEL AMERICAN INSURANCE
COMPANY,

    Plaintiff,

vs.

CASE NO. 04-CIV-10795-MLW

ROBERT MADONNA,

    Defendant/Counter-Plaintiff,

vs.

MARKEL AMERICAN INSURANCE
COMPANY and CAPE WIDE INSURANCE
AGENCY, INC.,

    Counter-Defendants,

## ASSENT TO ALTERNATIVE DISPUTE RESOLUTION

COMES NOW the Plaintiff, MARKEL AMERICAN INSURANCE COMPANY, by and through its undersigned attorneys and assents to Alternative Dispute Resolution at the close of discovery.

    MARKEL AMERICAN INSURANCE COMPANY
    By its Attorneys

    _____
    Lauren Motola-Davis, #638561
    Michael T. Farley, #640593
    MORRISON MAHONEY LLP
    121 South Main Street, Suite 600
    Providence, RI 02903
    (401) 331-4660    Fax(401) 351-4420

575421v1