UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARKEL AMERICAN INS. CO.,    )
                             )
    v.                       )
                             )
ROBERT MADONNA,              )    CIVIL ACTION
                             )    NO. 04-10795-JGD
    v.                       )
                             )
CAPE WIDE INSURANCE          )
AGENCY, INC., et al.,        )
                             )
    v.                       )
                             )
CROSBY YACHT YARD, INC.      )

## ORDER OF REFERENCE
## FOR
## ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case for the following ADR program **to be held as soon as possible after October 1, 2005**:

|            | SCREENING CONFERENCE |            | EARLY NEUTRAL EVALUATION |
|    X       | MEDIATION            |            | MINI-TRIAL               |
|            | SUMMARY BENCH/JURY TRIAL |        | SETTLEMENT CONFERENCE    |
|            | SPECIAL MASTER       |            |                          |
|            | PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

March 30, 2005                              /s/Judith Gail Dein

    DATE                                    JUDITH GAIL DEIN
                                            UNITED STATES MAGISTRATE JUDGE

## CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | X | Antitrust | |
| Civil Rights | | Contract | X |
| Copyright/Trademark/Patent | | Environmental | |
| ERISA | | FELA | |
| Labor Relations | | Medical Malpractice | |
| Personal Injury | | Product Liability | |
| Shareholder Dispute | | | |

Other   ____