UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

MARKEL AMERICAN INSURANCE COMPANY,

    Plaintiff,

vs.                                                                                       CASE NO. 04-CIV-10795-MLW

ROBERT MADONNA,

Defendant,

vs.

MARKEL AMERICAN INSURANCE
COMPANY and CAPE WIDE INSURANCE
AGENCY, INC.,

Counter-Defendants.

## PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE

    Now comes Michael T. Farley, an attorney duly admitted to practice in the Commonwealth of Massachusetts, United States District Court for the District of Massachusetts, the attorney for the plaintiff and respectively moves that Attorney Steven E. Goldman, Esquire of the law firm of Goldman & Hellman, P.A., 1330 Beacon Street, Suite 314, Brookline, MA 02446, be admitted to appear to co-counsel with the undersigned *pro hac vice* on behalf of the plaintiff in the above-captioned action. In support of this motion, the undersigned states as follows:

    1.    I am an attorney in the law firm of Morrison Mahoney LLP, 121 South Main Street, Providence, Rhode Island, counsel to defendant in the above-captioned matter, and have agreed to assist this attorney with the particularities of District Court practice in the District of Massachusetts.

    2.    Attorney Steven Goldman is an attorney practicing at the Florida law firm of Goldman & Hellman, P.A., and represent the defendant on a variety of legal matters throughout the United States, and have specialized skill and knowledge derived from their attorney-client relationship with respect to matters important to the handling of this case.

    3.    Attorney Goldman is a member in good standing of the bars of the State of Florida, the United States District Court for the Southern District of Florida, the State of New York, the United States District Court for the Southern District of New York, as well as the United States District Court for the Eastern District of New York. No disciplinary or grievance proceeding has been filed against him in any of the jurisdictions in which he is admitted to practice. Moreover, his admission as a visiting attorney in this case will assist in a cost-effective and efficient handling of this matter.

585809v1

4. As for the grounds for the admission of Attorney Steven Goldman is an Affidavit, attached hereto and incorporated herein, which sets forth his qualifications for admission to this Court.

5. Plaintiff's counsel has previously assented to the allowance of this motion.

        MARKEL AMERICAN INSURANCE COMPANY
        By its Attorneys

        */s/ Lauren Motola-Davis*
        Lauren Motola-Davis, #635561
        Michael T. Farley, # 640593
        MORRISON MAHONEY LLP
        121 South Main Street, Suite 600
        Providence, RI 02903
        (401) 331-4660    Fax (401) 351-4420

        Steven E. Goldman, Esquire
        GOLDMAN & HELLMAN, P.A.
        1330 Beacon Street, Suite 314
        Brookline, MA 02446

585809v1

**CERTIFICATE OF MAILING**

This is to certify that a copy of the foregoing document has been sent via first class mail, this 23 day of May, 2005, to the following counsel of record.

Richard E. Gentilli, Esquire
Bartlett, Hackett Feinbert, P.C.
10 High Street, Suite 920
Boston, MA 02110

John F. Folan, Esquire # BBO 173300
Folan & McGlone, P.C.
P. O. Box 2095
New Bedford, MA 02741-2095

Steven E. Goldman, Esquire
GOLDMAN & HELLMAN, P.A.
1330 Beacon Street, Suite 314
Brookline, MA 02446

585809v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

MARKEL AMERICAN INSURANCE COMPANY,
Plaintiff,

vs.

CASE NO. 04-CIV-10795-MLW

ROBERT MADONNA,
Defendant,

vs.

MARKEL AMERICAN INSURANCE
COMPANY and CAPE WIDE INSURANCE
AGENCY, INC.,
Counter-Defendants.

### AFFIDAVIT OF STEVEN E. GOLDMAN

1. My name is Steven E. Goldman. I am over the age of eighteen and appreciate the obligations of an oath. I make the following statements based on personal knowledge.

2. I am an attorney practicing at the Florida law firm of Goldman & Hellman, and represent the Plaintiff on a variety of legal matters throughout the United States, and have specialized skill and knowledge derived from my attorney-client relationship with respect to matters important to the handling of this case.

3. I am a member in good standing of the bars of the State of Florida and the United States District Court for the Southern District of Florida since 1981.

4. I am a member in good standing of the bars of the State of New York, the United States District Court for the Southern District of New York, as well as the United States District Court for the Eastern District of New York since 1983.

5. No disciplinary or grievance proceeding has been filed against me in any of the jurisdictions in which I am admitted to practice. Moreover, my admission as a visiting attorney in this case will assist in a cost-effective and efficient handling of this matter.

6. I am familiar with the rules governing professional conduct and hereby agree to abide by the same and all of my conduct in this matter.

7. I have read, and am familiar with, and hereby agree to abide by the rules of civil procedure governing actions within in the United States District Court for the District of Massachusetts.

Signed under the pains and penalties this 19th day of May, 2005.

                                                             Steven E. Goldman, Esquire
                                                             GOLDMAN & HELLMAN
                                                             315 S.E. 7th Street
                                                             Suite 200
                                                             Fort Lauderdale, FL 33301
                                                             (954) 356-0460

LISA M. CLARK
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires October 29, 2010

585809v1

## CERTIFICATE OF MAILING

This is to certify that a copy of the foregoing document has been sent via first class mail, this 23rd day of May, 2005, to the following counsel of record.

Richard E. Gentilli, Esquire

Bartlett, Hackett Feinbert, P.C.
10 High Street, Suite 920
Boston, MA 02110

John F. Folan, Esquire # BBO 173300
Folan & McGlone, P.C.
P. O. Box 2095
New Bedford, MA 02741-2095

Steven E. Goldman, Esquire
GOLDMAN & HELLMAN
315 S.E. 7th Street
Suite 200
Fort Lauderdale, FL 33301

*/s/ Jennifer Mulla*

585809v1