UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

MARKEL AMERICAN INSURANCE
COMPANY,
    Plaintiff,

v.

ROBERT MADONNA,
    Defendant

CIVIL ACTION No. 04-CV-10795-MLW

## STIPULATION OF PARTIAL DISMISSAL

The Defendant/Plaintiff in Counterclaim Robert Madonna ("Madonna") and the Defendant in Counterclaim Cape Wide Insurance Agency, Inc. ("Capewide") hereby voluntarily agree to the dismissal of the Counterclaims asserted by Madonna against Capewide. In support of this Stipulation the parties state that a settlement has been reached between these two parties.

Cape Wide Insurance Agency, Inc.
By its attorneys

_/s/ John Folan (sch)_
John F. Folan
BBO # 173300
Folan & McGlone, PC
PO Box 2095
401 County Street
New Bedford, MA 02741
508/992-9800

Robert Madonna
By his attorneys,

_/s/ Richard E. Gentilli_
Richard E. Gentilli
BBO #189080
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
617/422-0200