UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

|  |  |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>ROBERT MADONNA,<br>    Defendant | CIVIL ACTION No. 04-CV-10795-MLW |

**WITHDRAWAL OF APPEARANCE.**

The undersigned counsel for the Defendant Robert Madonna hereby withdraws his appearance as counsel for the Defendant in this matter. The appearance of successor counsel is filed herewith.

Robert Madonna
By his attorneys

Richard E. Gentilli
BBO# 189080
Bartlett Hackett Feinberg, PC
10 High Street, Suite 920
Boston, Massachusetts 02110
(617) 422-0200