```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
                      IN ADMIRALTY
                              No. 04-CV-10795-JGD
```

Markel American Insurance Company, )
        PLAINTIFF )
)
vs. )
)
Robert Madonna, )
        DEFENDANT/ )
  PLAINTIFF-IN-COUNTERCLAIM )
)
vs. )
)
Markel American Insurance Company )
and Cape Wide Insurance Agency, )
Inc., )
  DEFENDANTS-IN-COUNTERCLAIM )  NOTICE OF APPEARANCE
)
AND )
)
Cape Wide Insurance Agency, Inc., )
  DEFENDANT-IN-COUNTERCLAIM/ )
    THIRD-PARTY PLAINTIFF )
)
vs. )
)
Crosby Yacht Yard, Inc., )
  THIRD-PARTY DEFENDANT )

    Now comes Folan & McGlone, P.C. and enters its apearance as counsel for the defendant and plaintiff-in-Counterclaim, Robert Madonna, in the above-entitled matter.

                              By his Attorneys,

                              FOLAN & McGLONE, P.C.

                              By: _____
                              John F. Folan
                              B.B.O. No. 173300
                              Post Office Box 2095
                              New Bedford, Massachusetts 02741-2095

                              Tel. No. (508) 992-9800

                              Dated:  September 16, 2005

                        CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on September    , 2005.

                                  Richard E. Gentilli
                                Bartlett Hackett Feinberg, P.C.