UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

MARKEL AMERICAN INSURANCE
COMPANY,

    Plaintiff,

vs.

CASE NO. 04- CIV-10795-MLW

ROBERT MADONNA,

    Defendant/Counter-Plaintiff,

vs.

MARKEL AMERICAN INSURANCE
COMPANY and CAPE WIDE INSURANCE
AGENCY, INC.,

    Counter-Defendants.
_____/

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, MARKEL AMERICAN INSURANCE COMPANY, by and through its undersigned attorneys and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules of United States District Court for the District of Massachusetts, files this its Motion for Summary Judgment, and further thereto would state as follows:

    1.    Plaintiff in this Fed. R. Civ. Pro. Rule 9(h) action for declaratory judgment is a marine insurance company subscribing to a policy of marine insurance issued to the Defendant, ROBERT MADONNA, affording Hull & Machinery coverage on a 2000 33 ft. Pursuit powerboat owned by the said Defendant.

1

2. Another, completely separate vessel owned by the Defendant, a 2000 30 ft Crosby Hawk power vessel, was never insured by the Plaintiff and the policy of marine insurance afforded no coverage for that second vessel when it was destroyed in an incident that occurred on or about December 10, 2003.

3. As set forth in the Statement of Undisputed Material Facts and the attached Memorandum of Law in Support of Summary Judgment, the failure to insure the vessel that was destroyed in the incident of December 10, 2003 was caused by the fault and professional neglect of the Defendant's own marine insurance broker.

4. Filed in support of Plaintiff's Motion for Summary Judgment is the transcript of the deposition of William Eldridge taken during discovery.

WHEREFORE, Plaintiff prays that the Court will enter its Order awarding summary judgment that the policy of marine insurance affords no coverage, along with all such other and further relief as the Court deems proper in the premises.

Dated: December 30, 2005
Boston, Massachusetts

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on ECF 12/30/05

MORRISON MAHONEY LLP
Attorneys for Plaintiff
One Providence Washington Plaza
6th Floor
Providence, RI 02903-7141
(401) 331-4660

By: _____
Lauren Motola-Davis, #638561
Michael T. Farley, #640593

GOLDMAN & HELLMAN
Attorneys for Plaintiff
315 S.E. 7th Street
Suite 200
Fort Lauderdale, FL 33301
(954) 356-0460

2