| POLICY NUMBER | ENT. NO. | BRANCH | PRODUCER |
|---|---|---|---|
| RD0000503 | 3 | 798 | 01195 |

SEASONED YACHT
DECLARATIONS PAGE
PAGE: 1 OF 2

RENEWAL POLICY ISSUE
EFFECTIVE DATE 6/19/03

MARKEL AMERICAN INSURANCE COMPANY
GLEN ALLEN, VIRGINIA
1-800-236-2862

**YOU AS NAMED INSURED, ADDRESS, ZIP CODE**
ROBERT MADONNA
741 SEAVIEW AVENUE
OSTERVILLE      MA 02655

**BROKER/PRODUCER, ADDRESS, ZIP CODE**
CAPE WIDE INSURANCE AGENCY
PO BOX 1288
WEST CHATHAM    MA 02669
PHONE 800-272-5244

**NAVIGATIONAL LIMITATIONS**
ATLANTIC OCEAN BETWEEN EASTPORT, ME AND KEY WEST, FL UP TO 25 MILES OFFSHORE & INLAND LAKES, RIVERS & WATERWAYS OF USA

**LIENHOLDER, ADDRESS, ZIP CODE**

**POLICY PERIOD** 12:01 A.M. STANDARD TIME AT YOUR ADDRESS ABOVE

| FROM MO. | DAY | YR. | TO MO. | DAY | YR. | TERM |
|---|---|---|---|---|---|---|
| 06 | 19 | 03 | 06 | 19 | 04 | 12MO |

1996 TIARA YACHT    41'    SSUM4062E596    1996 CATERPILLAR    TWIN 435HP

**COVERAGES:** This policy provides only the insurance for which a specific premium charge is indicated below, or which is indicated as included without specific charge either below or in your policy. Detailed descriptions and any limitations will be found below or in your policy.

| COVERAGES | AMOUNT OF INSURANCE OR LIMIT OF LIABILITY | PREMIUM | PREMIUM CHANGE |
|---|---|---|---|
| WATERCRAFT & EQUIP-AGREED VALUE | $379,000 LESS $7,580 DED | $5,070 | |
| WATERCRAFT LIABILITY-BI & PD | $500,000 EA OCCURRENCE | $227 | |
| MEDICAL PAYMENTS | $5,000 | $50 | |
| UNINSURED BOATER INCL. SKI | $15,000 LESS $100 DED | $26 | |
| SLIP AND MOORING LIABILITY | $300,000 EA OCCURRENCE | $23 | |
| | UNIT 001 PREMIUM: | $5,396.00 | |

PLEASE REVIEW YOUR REVISED POLICY PROVISIONS

ENDORSEMENTS APPLICABLE:
WC5001-1095  WC5061-0498  WC5015-1095  WC5047-0598

(DATE) JUNE 19, 2003          AT (CITY & STATE) QUINCY, MA

Licensed Agent

5/27/03    RD0000503
POLICY NUMBER