| POLICY NUMBER | ENT. NO. | BRANCH | PRODUCER |
|---|---|---|---|
| RD0000503 | 3 | 799 | 011957 |

RENEWAL POLICY ISSUE

EFFECTIVE DATE 6/19/03

SEASONED YACHT
DECLARATIONS PAGE
PAGE: 2 OF 2

MARKEL AMERICAN INSURANCE COMPANY
GLEN ALLEN, VIRGINIA
1-800-236-2862

**YOU AS NAMED INSURED, ADDRESS, ZIP CODE**

ROBERT MADONNA
741 SEAVIEW AVENUE
OSTERVILLE                MA 02655

**BROKER/PRODUCER, ADDRESS, ZIP CODE**

CAPE WIDE INSURANCE AGENCY
PO BOX 1288
WEST CHATHAM              MA 02669

**LIENHOLDER, ADDRESS, ZIP CODE**

NAVIGATIONAL LIMITATIONS
ATLANTIC OCEAN BETWEEN EASTPORT, ME AND
KEY WEST, FL UP TO 25 MILES OFFSHORE &
INLAND LAKES, RIVERS & WATERWAYS OF USA

**POLICY PERIOD**
12:01 A.M. STANDARD TIME AT YOUR ADDRESS ABOVE

| FROM | | | TO | | | TERM |
|---|---|---|---|---|---|---|
| MO. | DAY | YR. | MO. | DAY | YR. | |
| 06 | 19 | 03 | 06 | 19 | 04 | 12MO |

2000 PURSUIT          33'     SSUZ3038C000      2000 PURSUIT       TWIN 250H!

COVERAGES: This policy provides only the insurance for which a specific premium charge is indicated below, or which is indicated as included without specific charge either below or in your policy. Detailed descriptions and any limitations will be found below or in your policy.

| ADD CHANGE DELETE | COVERAGES | AMOUNT OF INSURANCE OR LIMIT OF LIABILITY | PREMIUM | PREMIUM CHANGE |
|---|---|---|---|---|
| | WATERCRAFT & EQUIP-AGREED VALUE | $142,100 LESS $2,842 DED | $3,378 | |
| | WATERCRAFT LIABILITY-BI & PD | $500,000 EA OCCURRENCE | $314 | |
| | MEDICAL PAYMENTS | $5,000 LESS $100 DED | $50 | |
| | UNINSURED BOATER INCL. SKI | $15,000 | $26 | |
| | SLIP AND MOORING LIABILITY | $300,000 EA OCCURRENCE | $31 | |
| | | UNIT 002 PREMIUM: | $3,799.00 | |
| | | TOTAL POLICY PREMIUM: | $9,195.00 | |

MINIMUM EARNED PREMIUM     $250.00

PLEASE REVIEW YOUR REVISED POLICY PROVISIONS

ENDORSEMENTS APPLICABLE:
WC5001-1095  WC5061-0498  WC5015-1095  WC5047-0598

SIGNED (DATE) JUNE 19, 2003          AT (CITY & STATE) QUINCY, MA

BY _____
         Licensed Agent

POLICY NUMBER  RD0000503