*RM & investigations — Bob Burkitt*
*617-770-0006*
*Utica = Mark Ribnikar*
*1-800-274-1914*
*Mark's FAX* *X 2621*
*617-770-0006*
*5-34-2933 FAX*

# CAPE WIDE INS. AGENCY, INC.

PO Box 1288 (1455 Main Street), West Chatham, MA. 02669
Phone: 508/945-5244     Fax: 508/945-5894     Email: cwi@capecod.net

## - FAX COVER -

DATE:     December 11, 2003

TO:       **Attn: Jessi**
          **Fax #: 262-548-9448**

FROM:     **Bill Eldredge**

RE:       Robert Madonna - RD0000503

*FAXED DEC 1 1 2003 By 3:20 PM*

Dear Jessi,

Attached you will find what was originally faxed to Markel on 6/16/03 requesting coverage to be transferred from the 96 Tiara 41' to the new 03 Tiara 41 effective 6/16/03. Mr Madonna just called to report a claim on the 03 Tiara which was totaled in a fire at Crosby Yacht Yard Inc in Osterville, MA on 12/10/03 at 9:00 PM. Please correct the current policy & process the claim accordingly. If any questions, don't hesitate to give me a call. The marine survey was never faxed to you but is attached to this fax.

Sincerely,
Cape Wide Insurance Agency, Inc.
William C. Eldredge
President

15 pages

*Tom Conroy — Markel 800.236.3113 X 3370*