

# MARKEL AMERICAN INSURANCE COMPANY
P.O. Box 906 Pewaukee, WI 53072-0906
(262) 548-9880   Fax (262) 548-6110

December 12, 2003

Robert Madonna
741 Seaview Ave.
Osterville, MA 02655

RE:   Our Claim #: 03FDRD386
      Date of Loss: 12/10/03
      Policy: RD0000503

Dear Mr. Madonna:

This letter will serve to address the claim for the damage to your 2003 Tiara.

In review of our underwriting file, we insure a 2000 Pursuit and a 1996 Tiara. We find no record of insuring a 2003 Tiara. Therefore, we have kept this information for records purposes only.

If you wish to discuss this further, please contact me toll free at (800) 236-3113 Ext 3370.

Sincerely,


Thomas Conroy
Property Claim Supervisor

CC: Cape Wide Insurance Agency, Inc.
Fax: 508 945 5894 1 Page Attn: William Eldredge