# R.M.G. INVESTIGATIONS

SPRINGFIELD, MASSACHUSETTS
(413) 734-1989
FAX 734-2274

1515 HANCOCK STREET
QUINCY, MASSACHUSETTS 02169
(617) 770-0006
FAX 770-3129
www.rmginv.com

NEW YORK, NEW YORK
(212) 989-2600
FAX 989-3147

CHERRY HILL, NEW JERSEY
(856) 489-1919
FAX 489-0400

March 12, 2004

BY FAX
(262) 548-6110

Markel American Insurance Company
P.). Box 906
Pewaukee, WI 53072-0906

Attn: Thomas Conroy
Property Claims Supervisor

Re:  Robert Madonna
     vs.
     Cape Wide Insurance Agency, Inc.
     Our File: 2-005080
     Utica Policy No.: 1623901
     Your File: 03FDRD386
     D/L: 12/10/03

Dear Mr. Conroy:

We are investigating the above referenced matter at the direction of Utica Mutual Insurance Company ("UTICA"), which provides professional liability insurance to Cape Wide Insurance Agency, Inc. ("CAPE WIDE").

As you are aware, as of 12/11/03 Robert Madonna had a watercraft insurance policy (No. RD0000503) in effect with Markel American Insurance Company ("MARKEL") and on that date he reported a fire loss to a 2003 42' Tiara yacht. As it were, on 12/12/03 you unceremoniously sent a terse letter to Mr. Madonna indicating, in effect, that MARKEL had no record of insuring a 2003 Tiara for Mr. Madonna.

Due to the question of coverage and certain ensuing representations by you/MARKEL, CAPE WIDE reported the matter to UTICA, which in turn commenced an investigation into the handling of the subject watercraft insurance policy. At this time, UTICA has directed us to advise you (and, by copy of this letter, Mr. Madonna's counsel) of its findings and its position with respect to your assertion that MARKEL did not insure the 2003 Tiara.

R.M.G. INVESTIGATIONS

A review of CAPE WIDE's files and discussion with their personnel has revealed that CAPE WIDE first placed a watercraft insurance policy for Mr. Madonna's 1996 41' Tiara yacht with MARKEL effective 6/19/00 – 6/19/01. The application process went through the Cape Cod Surplus Lines Insurance Agency (now known as X S Brokers Insurance Agency) but, on 6/22/00, MARKEL corresponded directly with CAPE WIDE. Specifically, CAPE WIDE received a letter from Williette Wagoner of MARKEL on letterhead that provided a fax number of (262) 548-3288.

Over the ensuing months, CAPE WIDE was to place other watercraft policies with MARKEL and, more importantly, was to utilize the above noted fax number to effect policy changes by MARKEL. It is also important to note that MARKEL was at times very slow in processing the changes. Specific examples of the policy changes made by use of the subject fax number are cited below.

Firstly, however, it is noted that Mr. Madonna's watercraft insurance policy for the 1996 Tiara renewed essentially unchanged for 6/19/01 – 6/19/02 and 6/19/02 – 6/19/03. MARKEL issued the policy renewal for 6/19/03 – 6/19/04 on or about 5/27/03. However, on 6/16/03, CAPE WIDE faxed (to 262-548-3288) notice to MARKEL to transfer coverage under the policy from the 1996 Tiara, which was traded in, to the 2003 Tiara that Mr. Madonna had just purchased. The five page fax, which is documented by CAPE WIDE's dedicated fax line records, included the corresponding purchase agreement, builder's certification and transfer of title, and a manufacturer's statement of origin.

Thereafter, MARKEL did not immediately issue the amended policy declarations page but, as will be shown, that was not unusual. It was then on 12/11/03 that the 2003 Tiara was reportedly destroyed in a yacht yard fire and the issue of the transfer of coverage arose. As noted, you issued a 12/12/03 letter claiming MARKEL had no record of insuring the boat and that precipitated a call to you from CAPE WIDE. At that time, you claimed that the (262) 548-3288 fax number did not exist at MARKEL but CAPE WIDE shortly thereafter confirmed with the MARKEL switchboard operator that the fax line did in fact exist. Also, as noted previously, CAPE WIDE reviewed its records and found that the fax line had been used to effect policy changes.

For example on one specific policy:

- On 3/19/02 a change of mailing address was faxed re policy no. AW 0006292 effective 4/1/01 – 4/1/02 covering a 2000 22' Grady White and an amended policy declarations page was issued by MARKEL on 3/25/02.

- On 6/19/02 another change of mailing address was faxed re policy no. AW 0006292 (then effective 4/1/02 – 4/1/03) and an amended policy declarations page was issued by MARKEL on 11/7/02 (almost five months later).

2

R.M.G. INVESTIGATIONS

Based on the foregoing, UTICA deems that your 12/12/03 letter was premature and ultimately inappropriate given that CAPE WIDE can (has) established that it faxed the necessary information for the subject transfer of coverage on 6/16/03 and that it utilized a fax line that was provided in 2000 and used to process changes as late as 2002. Furthermore, CAPE WIDE was not instructed to utilize another/different fax line prior to 12/11/03 and it was not unusual for MARKEL to take months to process a change. Accordingly, it is UTICA's position that MARKEL should honor the subject 6/16/03 policy change and extend coverage to Mr. Madonna for the 12/11/03 fire loss.

Thank you and please also be aware that the foregoing is not intended to be, nor shall it be construed as, a waiver by UTICA of any of the terms and/or conditions of the subject policy of insurance issued to CAPE WIDE, nor of any rights or defenses UTICA and/or CAPE WIDE has or may have, whether based upon facts now known or to be known in the future, whether legal or equitable in nature, nor as an admission of liability by UTICA and/or CAPE WIDE to any person or entity whoso or whatsoever.

Very truly yours,
RMG Investigations

Robert B. Burkitt

RBB:dda/5080.stavros

Enclosures

cc: UTICA
Christopher Stavros, Esq. (BY FAX)

3