# R.M.G. INVESTIGATIONS

SPRINGFIELD, MASSACHUSETTS
(413) 734-1989
FAX 734-2274

1515 HANCOCK STREET
QUINCY, MASSACHUSETTS 02169
(617) 770-0006
FAX 770-3129
www.rmginv.com

NEW YORK, NEW YORK
(212) 989-2600
FAX 989-3147

CHERRY HILL, NEW JERSEY
(856) 489-1919
FAX 489-0402

April 6, 2004

BY FAX
(262) 548-6110

Markel American Insurance Company
P.O. Box 906
Pewaukee, WI 53072-0906

Attn: Thomas Conroy
    Property Claims Supervisor

Re: *Robert Madonna*
    *vs.*
    *Cape Wide Insurance Agency, Inc.*
    Our File: 2-005080
    Utica Policy No.: 1623901
    Your File: 03FDRD386
    D/L: 12/10/03

Dear Mr. Conroy:

As you know, we are investigating the above referenced matter at the direction of Utica Mutual Insurance Company ("UTICA"), which provides professional liability insurance to Cape Wide Insurance Agency, Inc. ("CAPE WIDE").

In furtherance of our 3/12/04 letter, incorporated herein by reference, UTICA has been advised that the boat lost by Robert Madonna in the 12/11/03 fire at the Crosby Yacht Yard, Osterville, MA was **not** the 2003 Tiara as initially reported and referenced in our 3/12/04 letter. Rather, the boat that was reportedly destroyed was a <u>2000 Crosby Hawk</u>.

As it were, while the difference in boats claimed as lost is significant as to value, the circumstances relative to the involved boat being insured by Markel American Insurance Company ("MARKEL") have not substantively changed. Specifically, it was previously established, via fax records, that CAPE WIDE had sent notice to MARKEL re the 2003 Tiara as of 6/16/03 and enclosed you will find similar documentation that establishes that CAPEWIDE sent notice re the 2000 Crosby on 6/24/03.

**R.M.G. INVESTIGATIONS**

Accordingly, UTICA's position remains essentially unchanged re coverage for Mr. Madonna's 12/11/03 loss under his MARKEL watercraft insurance policy.

Lastly, please be advised that the foregoing is not intended to be, nor shall it be construed as, a waiver by UTICA of any of the terms and/or conditions of the subject policy of insurance issued to CAPE WIDE, nor of any rights or defenses UTICA and/or CAPE WIDE has or may have, whether based upon facts now known or to be known in the future, whether legal or equitable in nature, nor as an admission of liability by UTICA and/or CAPE WIDE to any person or entity whoso or whatsoever.

Very truly yours,
RMG Investigations

Robert B. Burkitt

RBB:KMS/5080.markel

Enclosures

cc: Utica Mutual Insurance Company
Cape Wide Insurance Agency, Inc.
Christopher Stavros, Esq.