# CAPE WIDE INS. AGENCY, INC.
PO Box 1288 (1465 Main Street), West Chatham, MA 02669
Phone: 508/945-5244   Fax: 508/945-5894
Email: cwi@capecod.net

## - FAX COVER -

DATE: June 16, 2003

TO: Attn: Markel American Ins Co
Fax #: 262-548-????  — 9408

FROM: Bill Eldredge

RE: Robert Madonna

*FAXed to Jesse 12/16/0 with Acord*

MESSAGE:

Effective 6/16/2003 please transfer coverage from the 1996 Tiara 41' Yacht to the 2003 Tiara 42' Yacht. See info from Manufacturers Statement of Origin & the P&S Agreement.

If any questions, don't hesitate to give me a call.

Thanks!

Bill Eldredge

5 pages



FAXED
JUN 1 6 2003
By_____ BE