TF 61

# CAPE WIDE INS. AGENCY, INC.

PO Box 1288 (1455 Main Street), West Chatham, MA 02669
Phone: 508/945-5244   Fax: 508/945-5894
Email: cwi@capecod.net

## - FAX COVER -

DATE: June 24, 2003

TO: Attn: Markel American
Fax #: 262-548-3288

FROM: Bill Eldredge

RE: Robert P ██████ RD0000503

FAXED
JUN 2 4 2003
By_____

MESSAGE:

Effective 6/23/2003 change 2000 Pursuit to the following watercraft:

2000 Crosby Hawk 29, 29", S# CRY30168L999

2000 Twin Yamaha 300 hp each

TOTAL AGREED VALUE = $283,959.

See P&S attached.