

# Utica National Insurance Group
*Insurance That Starts With You*

## FACSIMILE TRANSMISSION

| RUSH ☐ | **Attention of:** | Steven Goldman |
|---|---|---|
| Date 09/30/2005 | **Company:** | |
| Page 1 of 1 | **FAX #:** | 954-832-0878 |
| | **From:** | Marc Chilton |
| | **Office or Dept.:** | Errors and Omissions Claims |
| | | P.O. BOX 6549, UTICA, NY 13504-6549 |
| | **Office Phone:** | (315)235-6951 |
| Claim#: 0000732847 | **Return Fax:** | (315)734-2975 |
| **Subject:** | Robert Madonna, Capewide Agency, Markel American | |

**Confidentiality Notice:** The information and any documents accompanying this facsimile message is intended only for the use of the individual or entity to whom it is addressed and may contain information that is confidential and protected from disclosure by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this communication in error, please notify us immediately so that we can arrange for the return of the original document to us at no cost to you.

Mr. Goldman, In response to yours dated 9/28/05 and addressed to attorney John Polan, please be advised that we respectfully reject Markel Americans offer of $10,000.

We have secured an assignment of Robert Madonna's rights as concerns the above subject claim. We will engage counsel shortly to pursue those rights as concerns Markel and it's insured, Robert Madonna.

Marc Chilton