UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

No. 04-CV-10795-JGD

Markel American Insurance Company, )
    PLAINTIFF )
         )
vs.       )
         )
Robert Madonna,   )
    DEFENDANT/ )
  PLAINTIFF-IN-COUNTERCLAIM )
         )
vs.       )
         )
Markel American Insurance Company )
et al,      )
  DEFENDANTS-IN-COUNTERCLAIM )
         )
AND       )
         )
Cape Wide Insurance Agency, Inc., )
  DEFENDANT-IN-COUNTERCLAIM/ )
   THIRD-PARTY PLAINTIFF )
         )
vs.       )
         )
Crosby Yacht Yard, Inc., )
  THIRD-PARTY DEFENDANT )

MOTION OF
DEFENDANT/PLAINTIFF-IN-COUNTERCLAIM, ROBERT MADONNA,
TO EXTEND TIME TO FILE OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
(ASSENTED TO)

Now comes the defendant/plaintiff-in-Counterclaim, Robert Madonna, and states that the parties assent to and agree to extend the time within which to file an opposition to the plaintiff's motion for summary judgment to February 6,

2006. The reason for said extension is that the motion was mistakenly not served upon this office until January 13, 2006.

Respectfully submitted,

By his Attorneys,

FOLAN & McGLONE, P.C.

By: *John F. Folan*
John F. Folan - B.B.O. No. 173300
Post Office Box 2095
New Bedford, Massachusetts 02741-2095

Tel. No. (508) 992-9800

Dated: January 20, 2006

**ASSENTED TO:**

BARTLETT HACKETT FEINBERG. P.C.

By: *Richard E. Gentilli /JFF/*
Richard E. Gentilli - B.B.O. No. 189080
Attorneys for Defendant and
Plaintiff-in-Counterclaim,
Robert Madonna
10 High Street, Suite 920
Boston, MA 02110

Tel. No. (61) 422-0200

MORRISON MAHONEY LLP

By: *Michael T. Farley /JFF/*
Lauren Motola-Davis - B.B.O. No. 638561
Michael T. Farley - B.B.O. No. 640693
Attorneys for Plaintiff
121 South Main Street, Suite 600
Providence, RI 02903

Tel. No. (401) 331-4660

HOLBROOK & MURPHY

By: _____
Seth S. Holbrook - B.B.O. No. 237850
150 Federal St., 12th Floor
Boston, Massachusetts 02110

Tel. No. (617) 428-1151


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on January 20, 2006.

_____
John F. Folan
Folan & McGlone, P.C.

3