

# MARKEL AMERICAN INSURANCE COMPANY

P.O. Box 906 Pewaukee, WI 53072-0906
(262) 548-9880   Fax (262) 548-3288

Dear Markel Marine Agent,

As you know, Markel American is committed to providing Total Quality Service to those Agents who have selected us as the watercraft market.

Along with quick turnaround time and accurate transaction processing, we provide the highest level of personal service in the marketplace. Our watercraft insurance programs are broad, flexible and competitive. We are directly available to work with you on any watercraft submission or question.

Enclosed you will find the following:
- Quote Sheet
- Program Descriptions
- Workflow Description

Thank you for your business. We are dedicated to making us your first choice as a watercraft market. Let us know what we can do to make this happen!

Should you have any question regarding the Markel Marine Service Center, Markel American or our marine programs please contact John Miller- Assistant Supervisor – Markel Marine Service Center at 1-800-236-2637 ext. 3375 or myself at ext. 3233 at any time.

Sincerely,

Williette Wagoner
Customer Service Supervisor

cc: John W. Dwyer
    John A. Miller



EXHIBIT #5
Conroy
8/17/05





# MARKEL AMERICAN INSURANCE COMPANY

**MARKEL**   P.O. Box 906 Pewaukee, WI 53072-0906    800-236-2637   Fax (262) 548-3288

# MARKEL MARINE SERVICE CENTER

Please call **1-800-236-2637** to obtain a quote with the best service from our experienced customer service representatives. Check out our rates!

EXHIBIT #12 Conroy MER 8/17/05

 **Watercraft Programs**

### Personal Watercraft Program
The personal watercraft program provides coverage for Coast Guard approved single engine inboard-powered craft up to 17' in length, including mini boats. This very competitively priced program is targeted at standard risks with principal operators age 21 and older. We provide simplified applications & rating, quick policy issuance and easy direct bill renewals. Coverage is available for individual, multi owner or corporately titled personal watercraft for personal pleasure use only.

### Preferred Powerboat Package
The Preferred Powerboat Package Program provides a quick and easy way to quote preferred watercraft risks with preferred operators over 25 years of age. The self rating application can be completed in a just few minutes. Competitive pricing and the simple to understand format make it easy for retailers to use this program.

### Watercraft Program
The watercraft program is a competitively priced program for recreational boats less than 26' in length. This program is targeted at non-preferred risks. We offer coverage for Bass boats, ski boats, older boats, unusual boats and wooden hulls. We offer coverage for operators with MVR problems and younger operators. Ranging from power boats to pontoon boats, personal to corporately titled, we provide a broad-based program of protection with reliable service and easy direct billing.

### High Performance Program
Targeted at the preferred risk, this program is designed to provide coverage for recreational boats over 26' in length capable of speeds over 55 mph. Our preferred operator is over 30 years old with at least 5 years of high performance boating experience, a clear MVR and no previous boating liability losses. We have positioned this program with competitive rates and liability limits up to $1,000,000. We offer service from underwriters that understand the high performance boat market allowing us to meet all your high performance needs.

### Yacht Program
The yacht program is designed to complement our expansive watercraft programs. Targeted at the vessel greater than 26' in length with speeds less than 55 mph, this program is priced specifically to attract seasoned yacht business that the preferred carriers may not be interested in due to age of the vessel. As with the high performance program, our preferred operator is over 30 years old with at least 5 years of yachting experience, a clear MVR and no previous boating liability losses. In addition, the program is underwritten by our expert underwriting staff with the same efficient service you've come to expect from our other programs.

### Commercial Marine Programs
With a myriad of commercial uses in the recreational boating market, these programs have the flexibility to address your needs. We can quote Boat Rental Operations, Personal Watercraft Rental Operations, Small Excursion Boats, Six-Pack Charters, Bareboat Charters, Tour Operators, Small Sailing Schools and various miscellaneous Owner Operated Commercial Vessels. With expert marine underwriters who can price the product to fit the market, our service is unparalleled. We offer liability limits up to $1,000,000 and hull values up to $500,000.

Version 3/2000                                                                                                                     1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

No. 04-CV-10795-JGD

Markel American Insurance Company, )
      PLAINTIFF     )
               )
vs.              )
               )
Robert Madonna,       )
      DEFENDANT/   )
 PLAINTIFF-IN-COUNTERCLAIM  )
               )
vs.              )
               )
Markel American Insurance Company )
and Cape Wide Insurance Agency,  )
Inc.,             )
 DEFENDANTS-IN-COUNTERCLAIM  )
               )
AND             )
               )
Cape Wide Insurance Agency, Inc., )
 DEFENDANT-IN-COUNTERCLAIM/  )
   THIRD-PARTY PLAINTIFF  )
               )
vs.              )
               )
Crosby Yacht Yard, Inc.,     )
  THIRD-PARTY DEFENDANT    )

### AFFIDAVIT OF WILLIAM ELDREDGE

I, William Eldredge, on oath, depose, and state that:

1. I am of legal age and am a resident of Harwich, Massachusetts.

2. I am the president of Cape Wide Insurance Agency, Inc. ("Cape Wide") located in Chatham, Massachusetts.

3. A copy of the document attached hereto was received by Cape Wide on or about June 22, 2000.

4. This document, including other written information and brochures concerning marine insurance coverage offered by Markel American Insurance Company, was provided to Cape Wide.

5. This document was provided to Cape Wide either directly from Markel American Insurance Company or by its general agent, X.S. Brokers Insurance Agency, Inc., located in Quincy, Massachusetts.

Signed under the pains and penalties of perjury this 31st day of January, 2006.

*William C Eldredge*
William Eldredge, President
Cape Wide Insurance Agency, Inc.

2



# MARKEL AMERICAN INSURANCE COMPANY

P.O. Box 906 Pewaukee, WI 53072-0906
(262) 548-9880   Fax (262) 548-3288

Dear Markel Marine Agent,

As you know, Markel American is committed to providing Total Quality Service to those Agents who have selected us as the watercraft market.

Along with quick turnaround time and accurate transaction processing, we provide the highest level of personal service in the marketplace. Our watercraft insurance programs are broad, flexible and competitive. We are directly available to work with you on any watercraft submission or question.

Enclosed you will find the following:
- Quote Sheet
- Program Descriptions
- Workflow Description

Thank you for your business. We are dedicated to making us your first choice as a watercraft market. Let us know what we can do to make this happen!

Should you have any question regarding the Markel Marine Service Center, Markel American or our marine programs please contact John Miller- Assistant Supervisor -- Markel Marine Service Center at 1-800-236-2637 ext. 3375 or myself at ext. 3233 at any time.

Sincerely,


Williette Wagoner
Customer Service Supervisor

cc: John W. Dwyer
    John A. Miller

## SETTLEMENT AGREEMENT

**WHEREAS**, on or about December 10, 2003 a 2000 30 foot Crosby Hawk boat (the "Crosby") owned by Robert Madonna ("Madonna") was totally destroyed in a fire at the a boat yard in Osterville, Massachusetts owned and operated by Crosby Yacht Yard, Inc.; and

**WHEREAS**, Markel American Insurance Company ("Markel") brought a declaratory judgment action against Madonna seeking a declaration by the Court that Markel did not provide insurance coverage on the Crosby at the time of its loss, which action is captioned <u>Markel American Insurance Company v. Robert Madonna</u> and Civil Action No. 04-10795-JGD (the "Civil Action"); and

**WHEREAS**, in response to the claims against him in the Civil Action, Madonna asserted a Counterclaim against Markel alleging that it provided insurance coverage on the Crosby and against Cape Wide Insurance Agency, Inc. ("Cape Wide") alleging breach of contract and negligence in obtaining insurance coverage from Markel for the Crosby; and

**WHEREAS**, Cape Wide also asserted a third party complaint in the Civil Action against Crosby Yacht Yard, Inc.; and

**WHEREAS**, Madonna and Cape Wide wish to resolve the claims asserted between them in the Civil Action.

**NOW THEREFORE**, in consideration of the mutual promises, payments and covenants contained herein and for other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, Madonna and Cape Wide agree as follows:

1. Also within ten days of the execution of this agreement, Cape Wide (or its errors and omissions insurer Utica Mutual) shall pay to Madonna Two Hundred Seventy Thousand Dollars ($270,000) in full settlement of any and all claims against Cape Wide arising out of or relating to

the loss of the Crosby or the failure of Cape Wide to obtain insurance coverage on the Crosby.

2.  In consideration of the total payment of Two Hundred Seventy Thousand Dollars ($270,000) to him as set forth above, Madonna for himself and on behalf of his heirs, administrators, executors, assigns, agents, servants, employees, and attorneys does hereby remise, release and forever discharge Cape Wide and its insurers, predecessors, successors, parents, subsidiaries, affiliates, officers, directors, shareholders, assigns, agents, servants, employees, and attorneys (collectively referred to as the "Insurance Releasees") from all debts, demands, actions, causes of action, suits, dues, sum and sums of money, accounts reckonings, bonds, specialties, covenants, contracts, controversies, agreements, promises, doings, omissions, variances, damages, extents, executions and liabilities, statutory or common law or other duties and any and all other claims of every kind, nature and description whatsoever, both in LAW and EQUITY, whether asserted or unasserted, known or unknown, contingent or fixed, which the Madonna now has or ever had against the Insurance Releasees, from the beginning of the world to this date, in any way arising out of or on account of or relating to the loss of the Crosby. This release is intended to release all types of claims whether for actual, incidental, consequential, special or punitive damages or for attorneys' fees or costs. Nothing contained in this release shall release the Insurance Releasees of any claims arising out of the loss of any vessel other than the Crosby.

3.  In consideration of Madonna's agreements as set forth herein, Cape Wide and its predecessors, successors, parents, subsidiaries, affiliates, officers, directors, shareholders, assigns, agents, servants, employees, and attorneys (collectively referred to as the "Insurance Releasors") do hereby remise, release and forever discharge Madonna and his heirs, administrators, executors, assigns, agents, servants, employees, and attorneys from all debts, demands, actions, causes of action, suits, dues, sum and sums of money, accounts reckonings, bonds, specialties, covenants,

contracts, controversies, agreements, promises, doings, omissions, variances, damages, extents, executions and liabilities, statutory or common law or other duties and any and all other claims of every kind, nature and description whatsoever, both in LAW and EQUITY, whether asserted or unasserted, known or unknown, contingent or fixed, which the Insurance Releasors now have or ever have had against Madonna in any way arising out of or on account of or relating to the loss of the Crosby.

4.  Nothing contained in paragraphs 2 and 3, above, shall operate as a release of any party with respect to the obligations under this Settlement Agreement. Nothing contained in paragraphs 2 and 3, above, shall operate as a release of any claims other than those asserted by Madonna against Cape Wide. In the event of any action or proceeding to enforce this Settlement Agreement or to recover damages resulting from a breach of this Settlement Agreement, the losing party in such action or proceeding shall pay the prevailing party all costs and expenses associated with such action or proceeding, including attorneys' fees, in addition to any damage award.

5.  Within ten days of the payment to Madonna of the amounts described in paragraphs 1, Madonna and Cape Wide will execute and file with the Court a Stipulation of Dismissal with regard to the claims asserted between them in the Civil Action. A copy of the Stipulation of Dismissal to be executed and filed in this action is annexed hereto as Exhibit "A."

In consideration of the payments to him, Madonna hereby assigns to Cape Wide, all of his claims, of whatever nature or kind, against Crosby Yacht Yard, Inc. or any other party, on account of the loss of the Crosby, including but not limited to all of his rights, claims and defenses against Markel asserted in the Civil Litigation.

Cape Wide and its insurer, Utica Mutual Insurance Company/Utica National Insurance Group hereby agree to defend, indemnify and hold Madonna harmless of and from any and all

claims, assessments, judgments or other liability or obligation that may arise out of Cape Wide's (or its insurer's) pursuit of any recovery from any third party (including, but not limited to Markel) on account of the loss of the Crosby. This indemnification shall include any and all attorneys' fees and costs incurred by Madonna.

Cape Wide and its insurer, Utica Mutual Insurance Company/Utica National Insurance Group hereby agree to assume, at their expense, complete and total responsibility for the defense and/or prosecution of the claims by and against Markel in the Civil Litigation and to have counsel of their choice immediately enter an appearance in the litigation for purposes thereof. Counsel for Madonna may immediately withdraw from the Civil Action and shall not be required to take any further steps therein. Madonna shall have no further responsibility to litigate, prosecute or defend the claims by and against Markel in the Civil Action. To the extent Madonna is required to provide testimony in the Civil Action or otherwise participate he shall be reasonably compensated by Cape Wide and its insurer, Utica Mutual Insurance Company/Utica National Insurance Group for his time and expenses.

8. The parties acknowledge that this Agreement represents the settlement of disputed claims and that they have entered into it with the full advice of counsel of their choosing and that they believe this settlement to be a fair and reasonable resolution of the disputes between them. Nothing contained in this Agreement shall be deemed an admission of liability by any party hereto.

9. Cape Wide and Utica Mutual Insurance Company/Utica Insurance Group hereby represent and warrant that the individual(s) executing this Agreement is/are duly authorized to do so and that this Agreement is binding on them in accordance with its terms.

10. This Agreement may be executed in multiple counterparts. This Agreement shall be construed in accordance with the substantive laws of the Commonwealth of Massachusetts. This

Agreement constitutes the entire understanding between the parties and supercedes any all other agreements between them on its subject matter. This Agreement may only be modified by a writing signed by all parties hereto. Time is of the essence to this Agreement.

Executed this /5 day of September 2005 as a sealed instrument.

Cape Wide Insurance Agency, Inc.

By:

Robert Madonna

Utica Mutual Insurance Co./Utica
National Group

By:

10. This Agreement may be executed in multiple counterparts. This Agreement shall be construed in accordance with the substantive laws of the Commonwealth of Massachusetts. This Agreement constitutes the entire understanding between the parties and supercedes any all other agreements between them on its subject matter. This Agreement may only be modified by a writing signed by all parties hereto. Time is of the essence to this Agreement.

Executed this ___ day of September 2005 as a sealed instrument.

Cape Wide Insurance Agency, Inc.

By:_____          _____
                                    Robert Madonna

Utica Mutual Insurance Co./Utica
National Group

By: *Paul E. Walt, Claims Manager*

10. This Agreement may be executed in multiple counterparts. This Agreement shall be construed in accordance with the substantive laws of the Commonwealth of Massachusetts. This Agreement constitutes the entire understanding between the parties and supercedes any all other agreements between them on its subject matter. This Agreement may only be modified by a writing signed by all parties hereto. Time is of the essence to this Agreement.

Executed this ___ day of September 2005 as a sealed instrument.

Cape Wide Insurance Agency, Inc.

By: *[signature]*

_____
Robert Madonna

Utica Mutual Insurance Co./Utica
National Group

By:_____

TF 6/16/03

# CAPE WIDE INS. AGENCY, INC.

PO Box 1288 (1455 Main Street), West Chatham, MA 02669
Phone: 508/945-5244    Fax: 508/945-5894    Email: cwi@capecod.net

Eldredge
EXHIBIT NO. 3
MCL 7/28/05

## - FAX COVER -

DATE:   June 16, 2003

TO:     Attn: Markel American Ins Co
        Fax #: 262-548-3288  9408

FAXed to Jessi 12/10/0 with acord.

FROM:   Bill Eldredge

RE:     Robert Madonna

MESSAGE:

Effective 6/16/2003 please transfer coverage from the 1996 Tiara 41' Yacht to the 2003 Tiara 42' Yacht. See info from Manufacturers Statement of Origin & the P&S Agreement.

If any questions, don't hesitate to give me a call.

Thanks!

Bill Eldredge

5 pages

FAXED
JUN 1 6 2003
By BE



MEMORANDUM OF AGREEMENT THIS THE 23 DAY OF MAY 2003

BY AND BETWEEN **OYSTER HARBORS MARINE, INC.** OF 122 BRIDGE STREET OSTERVILLE, MA. 02655 AND ROBERT MADONNA OF 865 MAIN STREET OSTERVILLE, MA. 02655

**OYSTER HARBORS MARINE, INC.** AGREES TO SELL AND ROBERT MADONNA AGREES TO PURCHASE THE VESSEL DESCRIBED BELOW:

### 2003 42' TIARA OPEN
### W/CUMMINS M11 DIESELS @ 660 HP

| Item | Price |
|---|---|
| With All Standard Equipment | $ 565,700.00 |
| Automatic rope/chain anchor windlass w/ foredeck foot pedal & helm switch | STD |
| Freshwater & raw water washdowns for anchor locker | STD |
| Bridge deck wet bar w/ sink & refrigerator & bridge deck table | STD |
| 16,000 BTU salon & 6,000 BTU master AC w/ heat w/ cool air helm - AC vent | STD |
| Transom fold-down lounge seat & cockpit flush floor storage boxes | STD |
| Cockpit freshwater & raw water washdowns, cockpit shower & dockside water | STD |
| Teak hardwood cabin sole | STD |
| Central vacuum system | STD |
| 22" flat screen LCD TV & Bose Am/Fm, CD, DVD entertainment system - salon | STD |
| 13" flat screen LCD TV - master stateroom | STD |
| Cable TV & telephone inlets | STD |
| Kohler 8kw diesel genset w/ sound shield | STD |
| Oil change system, main engines, generator & transmissions | STD |
| Tiara 1yr & 5yr hull warranty & Cummins 2yr + 3yr warranty | N/C |
| Cockpit Carpet - Upper deck only | $ 430.00 |
| 30" Swim platform w/ladder | $ 3,300.00 |
| Anti-fouling bottom paint | $ 2,680.00 |
| Portlights (4) in salon | $ 1,825.00 |
| ACR RCL 100 Remote Spotlight - BOW | $ 2,080.00 |
| 240v Glendinning cable reeler | $ 2,620.00 |
| Waste macerator w/ Y valve | $ 1,290.00 |
| Port cockpit lockable rod storage | $ 950.00 |
| Rod holders (4) flush mount | $ 480.00 |
| Hardtop w/ front & side enclosures | $ 24,680.00 |
| 3 Piece drop curtain - NATURAL | $ 1,630.00 |
| | $ 697,685.00 |
| Make-Ready incl: alignment, sea trial, detail & fuel fill-up | $ 4,600.00 |
| Freight | $ 12,615.00 |

_____  5-21-03   _____  5/24/03
OYSTER HARBORS MARINE, INC. SIGNATURE   DATE   PURCHASER SIGNATURE   DATE

OYSTER HARBORS MARINE, INC. EXPRESSLY DISCLAIMS ALL WARRANTIES, either expressed or implied including any implied warranties of merchantability or fitness for a particular purpose, other than those offered by the manufacturer.

FAXED
JUN 1 6 2003

| ELECTRONICS | LIST PRICE | | |
|---|---|---|---|
| SIMRAD AP22 PILOT 80/3000 RATE COMPASS | $ 5,635.00 | $ 4,877.00 | NET |
| FURUNO RD-30 DEPTH SOUNDER | $ 1,335.00 | $ 1,193.00 | NET |
| NORTHSTAR 958 XW WAAS GPS PLOTTER | $ 6,779.00 | $ 5,997.00 | NET |
| NORTHSTAR 6KW 4.5 OPEN BLACK BOX RADAR | $ 7,547.00 | $ 6,342.00 | NET |
| STANDARD SPECTRUM VHF RADIO W/HAILER | $ 1,272.00 | $ 1,022.00 | NET |
| NORTHSTAR 958 XW WAAS GPS PLOTTER | $ 6,779.00 | $ 5,997.00 | NET |
| NORTHSTAR ES490S BLACKBOX FISHFINDER | $ 2,897.00 | $ 2,547.00 | NET |
| SUB-TOTAL | | $ 27,975.00 | |
| TOTAL | | $ 652,855.00 | |
| SELLING PRICE: | | $ 598,000.00 | |
| TRADE: | | $ (215,000.00) | |
| NET SELLING PRICE: | | $ 383,000.00 | |
| SALES TAX: | | $ 19,150.00 | |
| TOTAL: | | $ 402,150.00 | |

INSTALL CUSTOMER SUPPLIED LIFE RAFT — N/C
PAINT NAME AND HAIL PORT — N/C

### ADDENDUM

1) OYSTER HARBORS MARINE AGREES TO DELIVER THE BOAT TO THE PURCHASER BY 6/13/03.

OHM INITIALS         PURCHASER INITIALS

2) OYSTER HARBORS MARINE AGREES TO RENT A SLIP TO THE PURCHASER FOR THE 2004 SEASON AND THERE AFTER.

OHM INITIALS         PURCHASER INITIALS

3) OYSTER HARBORS MARINE AGREES TO SPLIT ON A 50/50 BASIS ANY AND ALL PROCEEDS ABOVE A SELLING PRICE OF $250,000 ON THE 1996 40' TIARA TRADE.

OHM INITIALS         PURCHASER INITIALS

4) OYSTER HARBORS MARINE AGREES TO REDUCE OUR BROKERAGE COMMISSION FROM 10% TO 7% IF THE PURCHASER DECIDES TO LIST HIS 2000 3070 PURSUIT OFFSHORE.

OHM INITIALS         PURCHASER INITIALS

5) OYSTER HARBORS MARINE AGREES TO REDUCE THE NET COST OF THE TRANSACTION BY $10,000 IF THE VESSEL IS NOT AT LEAST 90% DONE BY JUNE 13TH 2003.

OHM INITIALS         PURCHASER INITIALS

OYSTER HARBORS MARINE, INC. SIGNATURE    DATE 5-29-3    PURCHASER SIGNATURE    DATE 5/29/03

OYSTER HARBORS MARINE, INC. EXPRESSLY DISCLAIMS ALL WARRANTIES, either expressed or implied including any implied warranties of merchantability or fitness for a particular purpose, other than those offered by the manufacturer.

FAXED JUN 1 6 2003 By ___

# MANUFACTURER'S STATEMENT OF ORIGIN TO A BOAT OR MOTOR

The undersigned CORPORATION hereby certifies that the new boat or motor described below, the property of said CORPORATION, has been transferred this __24th__ day of __February__ 20 __03__ on Invoice No. __230063__

to __Oyster Harbors Marina, Inc.__
(Distributor, Dealer, Etc.)

whose address is __122 Bridge Street__
(Street, City and State)

__Osterville, MA 02655__

| YEAR | MODEL | LENGTH |
|---|---|---|
| 2003 | 4200 Open | 42'6" |

| BOAT | Mfr's Serial No. | |
|---|---|---|
| Tiara | SSUR2006K203 | |

| MOTOR | MOTOR No. | H.P. |
|---|---|---|
| Cummins QSM11660 | P.E. 35052314 | 660hp |
| Dsl Twn | S.E. 35051034 | |

The CORPORATION further certifies that this was the first transfer of such new boat or motor in ordinary trade and commerce.

__S2 Yachts, Inc.__
(Corporation)

By: __Susan Karl__    __Sales Service__
  Sign Name         Title or Position

__Holland, MI 49423__
Office Address of Signatory (City and State)

Approved by Registrar of Motor Vehicles



FAXED
JUN 16 2003
By ___

3-12-04; 5:24PM;  ;   P.05/05

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1261 (REV. 9-92) | BUILDER'S CERTIFICATION AND FIRST TRANSFER OF TITLE | OMB APPROVED 2115-0110 |

## I. PHASE OF CONSTRUCTION COVERED BY THIS CERTIFICATE

☒ ENTIRE CONSTRUCTION
☐ HULL ONLY
☐ COMPLETION ONLY (HULL BUILT BY ANOTHER)

YEAR PHASE OF CONSTRUCTION _____
YEAR COMPLETED 2003

## II. VESSEL DATA

A. HULL IDENTIFICATION NUMBER OR HULL NUMBER: **SSUR2006K203**

D. PLACE OF BUILD (CITY, STATE, COUNTRY): Holland, MI USA

B. VESSEL NAME (IF KNOWN): _____

C. EQUIPPED WITH ENGINE? ☒ YES ☐ NO   OUTBOARD ☐ YES ☒ NO

E. HULL MATERIAL:
☐ WOOD  ☐ STEEL  ☒ FIBROUS REINFORCED PLASTIC
☐ ALUMINUM  ☐ CONCRETE  ☐ OTHER

## III. DIMENSIONS (COMPLETE APPROPRIATE DIAGRAM)

☒ SHIP-SHAPE HULL
L= 42'6"   B= 14'11"   D= 7'9"

☐ SAILBOAT
D1 only if actual hull depth (D) cannot be determined
L= ___  B= ___  D= ___  D1= ___

☐ CATAMARAN
L= ___  B= ___  B1= ___  D= ___

☐ TRIMARAN
L= ___  L1= ___  L2= ___
B= ___  B1= ___  B2= ___
D= ___  D1= ___

☐ BARGE-SHAPED HULLS
L= ___  B= ___  D= ___

☐ DECKHOUSES — Houseboats only
(AVERAGE DECKHOUSE DIMENSIONS MUST BE FURNISHED IN ADDITION TO HULL DIMENSIONS)
L= ___  B= ___  D= ___

## IV. UNITED STATES BUILD STATEMENT

☒ ALL MAJOR COMPONENTS USED IN THE PHASE OF CONSTRUCTION COVERED BY THIS CERTIFICATE WERE FABRICATED IN THE UNITED STATES.

☒ ALL CONSTRUCTION AND ALL ASSEMBLY FOR THIS PHASE OF CONSTRUCTION WERE DONE IN THE UNITED STATES.

PREVIOUS EDITION OBSOLETE

FAXED
JUN 1 6 2003
By ___
TOTAL P.05

3-12-0 Case 1:04-cv-10795-JGD   Document 39-4   Filed 02/02/2006   Page 18 of 20
;16177703129    # 9/ 15
Billing Date: 7/12/03   Page 16 of 23
Telephone Number: 508 945 5244
Account:    508 945 5244 304 06 5
How to Reach Us: See page 2

# verizon
*Make progress every day*

## Verizon Enterprise Solutions

### Switched Outbound (continued)

| no. | date | time | place | | number | type | rate | min. | amount |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 6/12 | 3:25pm | Washigtnvl | NY | 845 496-2171 | | Flat | 0.7 | 0.05 |
| 2. | 6/12 | 4:34pm | Jacksonvl | FL | 904 733-5837 | | Flat | 0.8 | 0.06 |
| 3. | 6/13 | 4:53pm | Eprovidnce | RI | 401 438-2312 | | Flat | 0.7 | 0.05 |
| 4. | 6/16 | 2:12pm | Buena Park | CA | 714 228-3088 | | Flat | 1.3 | 0.09 |
| 5. | 6/16 | 4:37pm | Waukesha | WI | 262 548-3288 | | Flat | 2.3 | 0.16 |
| 6. | 6/17 | 9:10am | New London | CT | 860 449-5915 | | Flat | 1.8 | 0.13 |
| 7. | 6/17 | 10:52am | New York | NY | 212 428-5285 | | Flat | 0.8 | 0.06 |
| 8. | 6/17 | 11:03am | Jacksonvl | FL | 904 256-6090 | | Flat | 0.9 | 0.06 |
| 9. | 6/17 | 12:04pm | Eprovidnce | RI | 401 438-2312 | | Flat | 0.8 | 0.06 |
| 10. | 6/17 | 2:24pm | Rutland | VT | 802 775-8233 | | Flat | 1.2 | 0.08 |
| 11. | 6/17 | 2:26pm | New York | NY | 212 428-5285 | | Flat | 0.8 | 0.06 |
| 12. | 6/17 | 4:14pm | Hatboro | PA | 215 957-3598 | | Flat | 1.1 | 0.08 |
| 13. | 6/17 | 4:29pm | Alhambra | CA | 626 927-4537 | | Flat | 0.7 | 0.05 |
| 14. | 6/18 | 4:52pm | Moorestown | NJ | 856 917-2839 | | Flat | 0.8 | 0.06 |
| 15. | 6/19 | 10:30am | Tacoma | WA | 253 498-4854 | | Flat | 0.8 | 0.06 |
| 16. | 6/19 | 10:49am | Portsmouth | NH | 603 431-5693 | | Flat | 1.0 | 0.07 |
| 17. | 6/19 | 3:40pm | Burlington | VT | 802 383-0635 | | Flat | 0.8 | 0.06 |
| 18. | 6/20 | 10:57am | Huntitnbch | CA | 714 965-3972 | | Flat | 0.4 | 0.03 |
| 19. | 6/20 | 11:01am | Huntitnbch | CA | 714 965-3972 | | Flat | 0.7 | 0.05 |

**For 508 945-5894**                                                                 **$3.46**

### Calls on 508 945-7526   CHATHAM   MA

| no. | date | time | place | | number | type | rate | min. | amount |
|---|---|---|---|---|---|---|---|---|---|
| **Domestic** | | | | | | | | | |
| 20. | 5/23 | 9:49am | Fayettevl | NC | 910 482-4657 | | Flat | 13.2 | 0.92 |
| 21. | 5/23 | 10:12am | Troy | NY | 518 279-3400 | | Flat | 0.3 | 0.02 |
| 22. | 5/23 | 12:16pm | Troy | NY | 518 279-3400 | | Flat | 0.8 | 0.06 |
| 23. | 5/23 | 12:17pm | Troy | NY | 518 279-3400 | | Flat | 1.1 | 0.08 |
| 24. | 5/23 | 1:53pm | Washigtnvl | NY | 845 496-8071 | | Flat | 1.1 | 0.08 |
| 25. | 5/23 | 2:28pm | Hackensack | NJ | 201 845-4300 | | Flat | 4.5 | 0.32 |
| 26. | 5/23 | 4:16pm | Fayettevl | NC | 910 482-4657 | | Flat | 5.1 | 0.36 |
| 27. | 5/27 | 1:18pm | Danbury | CT | 203 205-7661 | | Flat | 1.7 | 0.12 |
| 28. | 5/27 | 2:22pm | Hackensack | NJ | 201 845-4300 | | Flat | 2.6 | 0.18 |
| 29. | 5/28 | 9:23am | Holyoke | MA | 413 530-3234 | | Flat | 2.6 | 0.18 |
| 30. | 5/28 | 11:01am | Park Ridge | NJ | 201 391-8580 | | Flat | 0.9 | 0.06 |
| 31. | 5/28 | 1:40pm | Park Ridge | NJ | 201 391-8580 | | Flat | 0.5 | 0.04 |
| 32. | 5/29 | 2:54pm | Wseventhil | OH | 513 369-5000 | | Flat | 1.0 | 0.07 |
| 33. | 5/30 | 2:44pm | Wseventhil | OH | 513 412-4336 | | Flat | 0.6 | 0.04 |
| 34. | 6/02 | 10:56am | Mansfield | OH | 419 756-4226 | | Flat | 0.7 | 0.05 |
| 35. | 6/02 | 2:03pm | Phila | PA | 215 561-8365 | | Flat | 2.4 | 0.17 |
| 36. | 6/02 | 2:51pm | Washigtnvl | NY | 845 496-8071 | | Flat | 1.8 | 0.13 |
| 37. | 6/04 | 3:49pm | Nashua | NH | 603 888-1207 | | Flat | 0.7 | 0.05 |
| 38. | 6/05 | 2:31pm | Cheshire | CT | 203 272-2283 | | Flat | 0.7 | 0.05 |
| 39. | 6/09 | 4:05pm | Seymour | CT | 203 888-9217 | | Flat | 0.4 | 0.03 |
| 40. | 6/11 | 11:50am | Ftlauderdl | FL | 954 205-9907 | | Flat | 0.3 | 0.02 |
| 41. | 6/11 | 2:09pm | New York | NY | 917 543-3864 | | Flat | 1.8 | 0.13 |
| 42. | 6/11 | 2:12pm | Washigtnvl | NY | 845 496-8071 | | Flat | 1.0 | 0.07 |
| 43. | 6/11 | 2:13pm | New York | NY | 917 543-3864 | | Flat | 1.5 | 0.11 |
| 44. | 6/12 | 9:25am | Dublinsnrm | CA | 925 560-2724 | | Flat | 0.8 | 0.06 |
| 45. | 6/12 | 12:25pm | Eagle | PA | 610 458-7630 | | Flat | 0.5 | 0.04 |
| 46. | 6/12 | 2:09pm | Denver | PA | 717 336-3835 | | Flat | 0.7 | 0.05 |
| 47. | 6/18 | 1:20pm | Washigtnvl | NY | 845 496-8071 | | Flat | 0.9 | 0.06 |



Eldredge
EXHIBIT NO. 3
MCL 7/28/05

**verizon**  *Make progress every day*

Billing Date: 7/02/03   Page 15 of 20
Telephone Number: 508 945 5244
Account: 508 945 5244 304 006 5
How to Reach Us: See page 2

---

## Verizon Enterprise Solutions

**Switched Outbound**   (continued)

Calls on 508 945-5894     CHATHAM     MA

| no. | date | time | place | | number | type | rate | min. | amount |
|---|---|---|---|---|---|---|---|---|---|
| *Domestic* | | | | | | | | | |
| 1. | 6/23 | 11:27am | Sadlbckvly | CA | 949 770-1651 | | Flat | 0.8 | 0.06 |
| 2. | 6/24 | 10:03am | Little Fls | NJ | 973 890-1043 | | Flat | 0.3 | 0.02 |
| 3. | 6/24 | 10:12am | Little Fls | NJ | 973 890-1043 | | Flat | 0.3 | 0.02 |
| 4. | 6/24 | 10:14am | Little Fls | NJ | 973 890-1043 | | Flat | 0.7 | 0.05 |
| 5. | 6/24 | 1:43pm | Washigtnvl | NY | 845 496-2171 | | Flat | 0.7 | 0.05 |
| 6. | 6/24 | 2:33pm | Alhambra | CA | 626 927-4521 | | Flat | 0.3 | 0.02 |
| 7. | 6/24 | 2:34pm | Alhambra | CA | 626 927-4521 | | Flat | 1.0 | 0.07 |
| 8. | 6/24 | 3:11pm | New London | CT | 860 449-5915 | | Flat | 0.7 | 0.05 |
| 9. | 6/24 | 4:02pm | Waukesha | WI | 262 548-3288 | | Flat | 1.4 | 0.10 |
| 10. | 6/25 | 2:26pm | Las Vegas | NV | 702 233-9730 | | Flat | 1.2 | 0.08 |
| 11. | 6/25 | 2:42pm | Vly Forge | PA | 484 676-1583 | | Flat | 0.8 | 0.06 |
| 12. | 6/25 | 4:19pm | Burlington | VT | 802 383-0635 | | Flat | 0.8 | 0.06 |
| 13. | 6/26 | 3:04pm | Goodletsvl | TN | 615 851-9656 | | Flat | 0.9 | 0.06 |
| 14. | 6/26 | 3:16pm | Nashville | TN | 615 731-1034 | | Flat | 0.9 | 0.06 |
| 15. | 6/26 | 4:41pm | New London | CT | 860 449-5915 | | Flat | 1.8 | 0.13 |
| 16. | 6/30 | 1:37pm | Richardson | TX | 214 292-8402 | | Flat | 4.4 | 0.31 |
| 17. | 6/30 | 1:44pm | Hatboro | PA | 215 674-5685 | | Flat | 1.4 | 0.10 |
| 18. | 7/01 | 11:46am | Overlandpk | KS | 913 894-4988 | | Flat | 0.6 | 0.04 |
| 19. | 7/01 | 2:37pm | Irvine | CA | 949 450-5606 | | Flat | 0.9 | 0.06 |
| 20. | 7/02 | 11:35am | Dover | NH | 603 742-4521 | | Flat | 1.2 | 0.08 |
| 21. | 7/02 | 1:19pm | Dover | NH | 603 742-4521 | | Flat | 0.7 | 0.05 |
| 22. | 7/02 | 1:44pm | Dover | NH | 603 742-4521 | | Flat | 0.7 | 0.05 |
| 23. | 7/02 | 2:30pm | Dover | NH | 603 742-4521 | | Flat | 0.7 | 0.05 |
| 24. | 7/03 | 9:25am | Houston | TX | 713 620-4829 | | Flat | 1.3 | 0.09 |
| 25. | 7/07 | 3:58pm | Pikesville | MD | 410 205-4066 | | Flat | 0.6 | 0.04 |
| 26. | 7/07 | 4:21pm | Little Fls | NJ | 973 890-1043 | | Flat | 0.8 | 0.06 |
| 27. | 7/08 | 9:08am | Overlandpk | KS | 913 894-4988 | | Flat | 0.7 | 0.05 |
| 28. | 7/08 | 10:39am | Ridgefield | CT | 203 438-3869 | | Flat | 0.3 | 0.02 |
| 29. | 7/08 | 10:42am | Ridgefield | CT | 203 438-3869 | | Flat | 1.0 | 0.07 |
| 30. | 7/08 | 1:30pm | New London | CT | 860 449-5915 | | Flat | 1.8 | 0.13 |
| 31. | 7/09 | 4:43pm | Dover | NH | 603 742-4521 | | Flat | 0.7 | 0.05 |
| 32. | 7/11 | 10:13am | Dover | NH | 603 742-4521 | | Flat | 0.9 | 0.06 |
| 33. | 7/11 | 11:51am | Springfld | OH | 937 525-4104 | | Flat | 0.7 | 0.05 |
| 34. | 7/14 | 9:58am | New London | CT | 860 449-5915 | | Flat | 0.7 | 0.05 |
| 35. | 7/14 | 10:31am | Bay Shore | NY | 631 666-5723 | | Flat | 1.7 | 0.12 |
| 36. | 7/15 | 9:58am | Scituate | RI | 401 934-2670 | | Flat | 0.7 | 0.05 |
| 37. | 7/15 | 10:01am | Scituate | RI | 401 934-2670 | | Flat | 0.3 | 0.02 |
| 38. | 7/15 | 10:19am | Scituate | RI | 401 934-2670 | | Flat | 0.3 | 0.02 |
| 39. | 7/15 | 10:21am | Scituate | RI | 401 934-2670 | | Flat | 0.9 | 0.06 |
| 40. | 7/15 | 10:23am | Exeter | NH | 603 775-0660 | | Flat | 0.7 | 0.05 |
| 41. | 7/15 | 4:14pm | Dover | NH | 603 742-4521 | | Flat | 0.8 | 0.06 |
| 42. | 7/16 | 10:28am | Exeter | NH | 603 775-0660 | | Flat | 0.8 | 0.06 |
| 43. | 7/17 | 9:03am | Jacksonvl | FL | 904 646-9462 | | Flat | 0.8 | 0.06 |
| 44. | 7/17 | 1:51pm | Millsboro | DE | 302 934-2864 | | Flat | 0.6 | 0.04 |
| 45. | 7/21 | 1:19pm | Buena Park | CA | 714 228-3088 | | Flat | 1.2 | 0.08 |
| 46. | 7/21 | 2:53pm | Buena Park | CA | 714 228-3088 | | Flat | 1.3 | 0.09 |
| 47. | 7/23 | 12:35pm | Richardson | TX | 972 783-5394 | | Flat | 1.4 | 0.10 |

For 508 945-5894                                           $3.11

Eldredge
EXHIBIT NO. 6
MCL 7/28/05

*[Handwritten notes at top:]*
RM G investigations — Bob Burkitt
617-770-0006
Utica = Mark Ribnikar
1-800-274-1914
Mark's FAX   X 262
315-734-2933 FAX   617-770-0006

# CAPE WIDE INS. AGENCY, INC.

PO Box 1288 (1455 Main Street), West Chatham, MA 02669
Phone: 508/945-5244    Fax: 508/945-5894    Email: cwi@capecod.net

---

## - FAX COVER -

**DATE:** December 11, 2003

**TO:** **Attn: Jessi**
**Fax #: 262-548-9448**

**FROM:** **Bill Eldredge**

**RE:** Robert Madonna - RD0000503

*[Stamp:]* FAXED DEC 1 1 2003 By 3:20 PM

---

Dear Jessi,

Attached you will find what was originally faxed to Markel on 6/16/03 requesting coverage to be transferred from the 96 Tiara 41' to the new 03 Tiara 41 effective 6/16/03. Mr Madonna just called to report a claim on the 03 Tiara which was totaled in a fire at Crosby Yacht Yard Inc in Osterville, MA on 12/10/03 at 9:00 PM. Please correct the current policy & process the claim accordingly. If any questions, don't hesitate to give me a call. The marine survey was never faxed to you but is attached to this fax.

Sincerely,
Cape Wide Insurance Agency, Inc.
William C. Eldredge
President

15 pages

*[Handwritten:]* Tom Conroy — Markel 800.236.3115 X 3370

*[Exhibit stamp:]* Eldredge EXHIBIT NO. 9  MCL 7/28/05