UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

MARKEL AMERICAN INSURANCE
COMPANY,
    Plaintiff,

CASE NO. 04-CIV-10795-MLW

vs.

ROBERT MADONNA,
    Defendant,

vs.

MARKEL AMERICAN INSURANCE
COMPANY and CAPE WIDE INSURANCE
AGENCY, INC.,
    Counter-Defendants.
_____/

## DEFENDANT MARKEL AMERICAN INSURANCE COMPANY'S MOTION FOR ENTRY OF JUDGMENT

Now comes the plaintiff and counter-defendant Markel American Insurance Company, in the above referenced matter, and hereby moves for entry of judgment on all claims as to it, as there is no just reason for delay. In support of this motion, Markel offers the attached proposed judgment.

    MARKEL AMERICAN INSURANCE
    COMPANY
    By its Attorneys

    /s/ Michael T. Farley
    Michael T. Farley, #640593
    **MORRISON MAHONEY LLP**
    121 South Main Street, Suite 600
    Providence, RI 02903-7141
    (401) 331-4660    Fax (401) 621-4660

    Steven E. Goldman, Esquire
    GOLDMAN & HELLMAN
    Attorneys for Plaintiff
    315 S.E. 7th Street; Suite 200
    Fort Lauderdale, FL 33301
    (954) 356-0460

599252v1

**CERTIFICATE OF MAILING**

This is to certify that a copy of the foregoing document has been sent via ECF /first class mail, this _9th____ day of August 2006, to the following counsel of record.

Richard E. Gentilli, Esquire
Bartlett, Hackett Feinbert, P.C.
10 High Street, Suite 920
Boston, MA 02110

John F. Folan, Esquire # BBO 173300
Folan & McGlone, P.C.
P. O. Box 2095
New Bedford, MA 02741-2095

_____/s/ Michael T. Farley_____

599252v1