UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

MARKEL AMERICAN INSURANCE
COMPANY,

    Plaintiff,

CASE NO. 04-CIV-10795-MLW

vs.

ROBERT MADONNA,

    Defendant,

vs.

MARKEL AMERICAN INSURANCE
COMPANY and CAPE WIDE INSURANCE
AGENCY, INC.,

    Counter-Defendants.
_____/

## JUDGMENT

DEIN, M.J.

The parties having consented to the jurisdiction of this Court for all proceedings including trial and entry of final judgment consistent with the provisions of U.S.C. sec. 636(c) of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, for the reasons set forth in the Memorandum of Decision and Order on Plaintiff's Motion for Summary Judgment entered contemporaneously herewith, it is hereby adjudged, declared and decreed:

    1.    The Plaintiff Markel American Insurance Company did not ever issue a policy of marine insurance to the Defendant Robert Madonna affording coverage for the 2000 30 ft

1

2

Crosby Hawk power vessel that was destroyed by fire on or about December 10, 2003 at the Crosby Yacht Yard in Osterville, Massachusetts;

2.    The Plaintiff Markel American Insurance Company does not afford any coverage for the 2000 30 ft Crosby Hawk power vessel that was destroyed by fire on or about December 10, 2003 at the Crosby Yacht Yard in Osterville, Massachusetts;

3.    To the extent that the Defendant Madonna in his Answer asserts counterclaims against the Plaintiff Markel, judgment for the Plaintiff and against the Defendant on all such counterclaims.

_____
UNITED STATES MAGISTRATE JUDGE