UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ROBERT MADONNA, )<br>)<br>Defendant, )<br>and )<br>)<br>ROBERT MADONNA, )<br>)<br>Plaintiff in Counterclaim, )<br>v. )<br>)<br>MARKEL AMERICAN INSURANCE )<br>COMPANY and CAPE WIDE )<br>INSURANCE AGENCY, INC., )<br>)<br>Defendants in Counterclaim. ) | CIVIL ACTION<br>NO. 04-10795-JGD |

## JUDGMENT AS TO
## <u>MARKEL AMERICAN INSURANCE COMPANY ONLY</u>

August 28, 2006

DEIN, U.S.M.J.

      The parties have consented to the jurisdiction of this court for all proceedings including trial and entry of final judgment consistent with the provisions of 28 U.S.C. § 636(c) and the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts. For the reasons set forth in the Memorandum of Decision and Order on Plaintiff's Motion for Summary Judgment dated June 30, 2006,

and this court having found that there is no just reason for delay, judgment shall be entered in accordance with Fed. R. Civ. P. 54(b) as follows:

It is hereby adjudged, declared and decreed:

1. that the plaintiff Markel American Insurance Company did not ever issue a policy of marine insurance to the defendant Robert Madonna affording coverage for the 2000 30 ft Crosby Hawk power vessel that was destroyed by fire on or about December 10, 2003 at the Crosby Yacht Yard in Osterville, Massachusetts; and

2. that the plaintiff Markel American Insurance Company does not afford any coverage for the 2000 30 ft Crosby Hawk power vessel that was destroyed by fire on or about December 10, 2003 at the Crosby Yacht Yard in Osterville, Massachusetts.

To the extent that the defendant Robert Madonna in his answer asserts counter-claims against the plaintiff Markel American Insurance Company, judgment is hereby entered for the plaintiff and against the defendant on all such counterclaims.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge