UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

No. 04-CV-10795-JGD

| | |
|---|---|
| Markel American Insurance Company,<br>　　　　　PLAINTIFF | )<br>)<br>) |
| vs. | )<br>) |
| Robert Madonna,<br>　　　　　DEFENDANT/<br>　　PLAINTIFF-IN-COUNTERCLAIM | )<br>)<br>)<br>) |
| vs. | )<br>) |
| Markel American Insurance Company<br>et al,<br>　　DEFENDANTS-IN-COUNTERCLAIM | )<br>)<br>)<br>) |
| AND | )<br>) |
| Cape Wide Insurance Agency, Inc.,<br>　　DEFENDANT-IN-COUNTERCLAIM/<br>　　　　THIRD-PARTY PLAINTIFF | )<br>)<br>)<br>) |
| vs. | )<br>) |
| Crosby Yacht Yard, Inc.,<br>　　　　THIRD-PARTY DEFENDANT | )<br>) |

MOTION OF DEFENDANT/THIRD-PARTY PLAINTIFF,
CAPE WIDE INSURANCE AGENCY, INC.,
TO CONSOLIDATE THIRD-PARTY ACTION

(ASSENTED TO)

Now comes the defendant/third-party plaintiff, Cape Wide Insurance Agency, Inc., and moves that its third-party action be consolidated with the action now pending in this Court entitled Standard Fire Insurance Company et als vs. Crosby Yacht Yard, Inc. and Oyster Harbor Marine, Inc., being Docket No. 04CV12244GAO.  Said action involves subrogation claims of other insurers for damage to vessels and property in the fire which is the subject of the above-entitled matter and, more specifically, the third-party action.  Counsel for the third-

party defendant, Crosby Yacht Yard, Inc., assents to the allowance of said motion as it would provide judicial economy for the handling of multiple property damage claims against his client. Discovery is ongoing in the <u>Standard Fire Insurance Company</u> case.

Counsel for all parties involved in the action of <u>Standard Fire Insurance Company et als</u> vs. <u>Crosby Yacht Yard, Inc. and Oyster Harbor Marine, Inc.</u> also assent to the allowance of this motion.

Respectfully submitted,
By its Attorneys,

FOLAN & McGLONE, P.C.

By: **\John F. Folan**
John F. Folan - B.B.O. No. 173300
Post Office Box 2095
New Bedford, Massachusetts 02741-2095
Tel. No. (508) 992-9800

Dated:  September 12, 2006

**ASSENTED TO:**

HOLBROOK & MURPHY

By: **\Seth S. Holbrook**
Seth S. Holbrook - B.B.O. No. 237850
Attorneys for Third-party Defendant,
Crosby Yacht Yard, Inc.
150 Federal St., 12th Floor
Boston, Massachusetts 02110
Tel. No. (617) 428-1151


<u>ELECTRONIC CERTIFICATE OF SERVICE</u>

I, John F. Folan, hereby certify that on September 12, 2006, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of electronic filing [NEF] and that paper copies will be sent to those as non-registered participants.

**\John F. Folan**
John F. Folan

Folan & McGlone, P.C.

Folan & McGlone, P.C.