☙AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Markel American Insurance Agency

V.

Robert Madonna

# BILL OF COSTS

Case Number: 04-cv-10795

Judgment having been entered in the above entitled action on   8/28/2006   against   Defendant Robert Madonna ,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................... | $ 150.00 |
| Fees for service of summons and subpoena ............................. | 56.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 50.00 |
| Fees and disbursements for printing ................................... | |
| Fees for witnesses (itemize on page two) .............................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | |
| Docket fees under 28 U.S.C. 1923 ................................... | |
| Costs as shown on Mandate of Court of Appeals ........................ | |
| Compensation of court-appointed experts .............................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ......................................... | |
| TOTAL | $ 256.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:   _[signature]_

Name of Attorney:   Michael T. Farley

For:   Plaintiff Markel American Insurance Company                                    Date:   9/14/2006
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| Clerk of Court | Deputy Clerk | Date |

≈AO 133        (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

Billed and Unbilled Recap Of Cost Detail - [10014320 - ROBERT MADONNA V. MARKEL AMERICAN INSURANCE CO.]    Page 1
Client:009959 - GOLDMAN & HELLMAN, P.A   9/7/2006 12:15:56 PM

| Date 1 / Date 2 | Code | Name | Type | Qty | Rate | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|
| 04/21/2004 / 07/31/2004 | 01242 | JOHN HESS / Invoice=581849 | 112 | 13.00 / 13.00 | 0.16 / 0.16 | 2.08 / 2.08 | HESS JOHN   Pages: 13 | 5361691 |
| 05/05/2004 / 07/31/2004 | 00335 | MICHAEL FARLEY / Invoice=581849 | 112 | 18.00 / 18.00 | 0.16 / 0.16 | 2.88 / 2.88 | FARLEY MICHAEL   TBA Pages: 18 | 5377063 |
| 05/06/2004 / 07/31/2004 | 00335 | MICHAEL FARLEY / Invoice=581849 / Voucher=71394 Paid | 026 | 1.00 / 1.00 | 56.00 / 56.00 | 56.00 / 56.00 | Sheriff's Services - :QUICKSERV, INC / Vendor=QUICKSERV, INC Balance= .00 Amount= 56.00 / Paid: 365109 06/04/2004 | 5401589 |
| 05/06/2004 / 07/31/2004 | 01115 | LORAINE JONES / Invoice=581849 | 112 | 1.00 / 1.00 | 0.16 / 0.16 | 0.16 / 0.16 | JONES LORRAINE   Pages: 1 | 5377064 |
| 05/06/2004 / 07/31/2004 | 01115 | LORAINE JONES / Invoice=581849 | 112 | 12.00 / 12.00 | 0.16 / 0.16 | 1.92 / 1.92 | JONES LORRAINE   Pages: 12 | 5378405 |
| 05/10/2004 / 07/31/2004 | 00335 | MICHAEL FARLEY / Invoice=581849 / Voucher=69695 Paid | 013 | 1.00 / 1.00 | 150.00 / 150.00 | 150.00 / 150.00 | Filing Fee - :MORRISON,MAHONEY & MILLER (PROVIDENCE) CK#5073-FILING FEE / Vendor=MORRISON MAHONEY LLP (PROVIDENCE) Balance= .00 Amount= 1251.25 / Paid: 304126 05/11/2004 | 5380109 |
| 05/10/2004 / 07/31/2004 | 00335 | MICHAEL FARLEY / Invoice=581849 | 112 | 2.00 / 2.00 | 0.16 / 0.16 | 0.32 / 0.32 | FARLEY MICHAEL   TBA Pages: 2 | 5381279 |
| 05/10/2004 / 07/31/2004 | 01115 | LORAINE JONES / Invoice=581849 | 112 | 1.00 / 1.00 | 0.16 / 0.16 | 0.16 / 0.16 | JONES LORRAINE   Pages: 1 | 5381280 |
| 05/10/2004 / 07/31/2004 | 01115 | LORAINE JONES / Invoice=581849 | 112 | 2.00 / 2.00 | 0.16 / 0.16 | 0.32 / 0.32 | JONES LORRAINE   Pages: 2 | 5381281 |
| 05/10/2004 / 07/31/2004 | 00335 | MICHAEL FARLEY / Invoice=581849 / Voucher=70840 Paid | 012 | 1.00 / 1.00 | 8.07 / 8.07 | 8.07 / 8.07 | Express Mail - :FEDERAL EXPRESS CORPORATION / Vendor=FEDERAL EXPRESS CORPORATION Balance= .00 Amount= 555.66 / Paid: 304727 05/27/2004 | 5395041 |
| 05/24/2004 / 07/31/2004 | 01110 | NANCY HEBERT / Invoice=581849 | 112 | 2.00 / 2.00 | 0.16 / 0.16 | 0.32 / 0.32 | HEBERT NANCY   Pages: 2 | 5392607 |
| 05/24/2004 / 07/31/2004 | 01110 | NANCY HEBERT / Invoice=581849 | 112 | 7.00 / 7.00 | 0.16 / 0.16 | 1.12 / 1.12 | HEBERT NANCY   Pages: 7 | 5392608 |
| 06/16/2004 / 07/31/2004 | 00335 | MICHAEL FARLEY / Invoice=581849 | 112 | 16.00 / 16.00 | 0.16 / 0.16 | 2.56 / 2.56 | FARLEY MICHAEL   TBA Pages: 16 | 5419339 |
| 07/09/2004 / 06/30/2005 | 01382 | JENNIFER, F. MILLER / Invoice=606323 | 112 | 8.00 / 8.00 | 0.16 / 0.16 | 1.28 / 1.28 | MILLER JENNIFER   Pages: 8 | 5433656 |
| 07/13/2004 / 06/30/2005 | 01382 | JENNIFER, F. MILLER / Invoice=606323 | 112 | 4.00 / 4.00 | 0.16 / 0.16 | 0.64 / 0.64 | MILLER JENNIFER   Pages: 4 | 5434855 |
| 07/13/2004 / 06/30/2005 | 01382 | JENNIFER, F. MILLER / Invoice=606323 | 112 | 4.00 / 4.00 | 0.16 / 0.16 | 0.64 / 0.64 | MILLER JENNIFER   Pages: 4 | 5434856 |
| 07/21/2004 / 06/30/2005 | 01128 | CARRIE LECLAIR / Invoice=606323 | 112 | 9.00 / 9.00 | 0.16 / 0.16 | 1.44 / 1.44 | LECLAIR CARRIE   Pages: 9 | 5442654 |
| 07/21/2004 / 06/30/2005 | 01128 | CARRIE LECLAIR / Invoice=606323 | 112 | 1.00 / 1.00 | 0.16 / 0.16 | 0.16 / 0.16 | LECLAIR CARRIE   Pages: 1 | 5442655 |
| 07/23/2004 / 06/30/2005 | 01382 | JENNIFER, F. MILLER / Invoice=606323 | 112 | 20.00 / 20.00 | 0.16 / 0.16 | 3.20 / 3.20 | MILLER JENNIFER   Pages: 20 | 5445244 |
| 08/20/2004 / 06/30/2005 | 01382 | JENNIFER, F. MILLER / Invoice=606323 | 117 | 8.00 / 8.00 | 0.60 / 0.60 | 4.80 / 4.80 | Facsimile, (508)992-9730 | 5467289 |
| 10/04/2004 / 06/30/2005 | 00335 | MICHAEL FARLEY / Invoice=606323 | 112 | 30.00 / 30.00 | 0.16 / 0.16 | 4.80 / 4.80 | FARLEY MICHAEL   TBA Pages: 30 | 5501918 |
| 10/07/2004 / 06/30/2005 | 01382 | JENNIFER, F. MILLER / Invoice=606323 | 114 | 1.00 / 1.00 | 0.30 / 0.30 | 0.30 / 0.30 | Telephone Number, (617)422-0200 | 5503536 |
| 10/08/2004 / 06/30/2005 | 01382 | JENNIFER, F. MILLER / Invoice=606323 | 112 | 2.00 / 2.00 | 0.16 / 0.16 | 0.32 / 0.32 | MILLER JENNIFER   Pages: 2 | 5504494 |
| 10/08/2004 / 06/30/2005 | 01382 | JENNIFER, F. MILLER / Invoice=606323 | 112 | 21.00 / 21.00 | 0.16 / 0.16 | 3.36 / 3.36 | MILLER JENNIFER   Pages: 21 | 5504495 |

[Handwritten annotations: "service of summons" next to QUICKSERV entry; "filing fee" next to MORRISON MAHONEY entry]

Billed and Unbilled Recap Of Cost Detail - [10014320 - ROBERT MADONNA V. MARKEL AMERICAN INSURANCE CO.]   Page 2
Client:009959 - GOLDMAN & HELLMAN, P.A   9/7/2006  12:15:56 PM

| Date | Code | Name | Type | Qty | Rate | Amount | Description | Ref |
|---|---|---|---|---|---|---|---|---|
| 10/08/2004 | 01382 | JENNIFER, F. MILLER | 112 | 35.00 | 0.16 | 5.60 | MILLER JENNIFER   Pages: 35 | 5504496 |
| 06/30/2005 | | Invoice=606323 | | 35.00 | 0.16 | 5.60 | | |
| 10/08/2004 | 01382 | JENNIFER, F. MILLER | 112 | 1.00 | 0.16 | 0.16 | MILLER JENNIFER   Pages: 1 | 5504497 |
| 06/30/2005 | | Invoice=606323 | | 1.00 | 0.16 | 0.16 | | |
| 10/12/2004 | 01382 | JENNIFER, F. MILLER | 117 | 37.00 | 0.60 | 22.20 | Facsimile, (617)566-4292 | 5509396 |
| 06/30/2005 | | Invoice=606323 | | 37.00 | 0.60 | 22.20 | | |
| 11/22/2004 | 01382 | JENNIFER, F. MILLER | 112 | 5.00 | 0.16 | 0.80 | MILLER JENNIFER   Pages: 5 | 5567182 |
| 06/30/2005 | | Invoice=606323 | | 5.00 | 0.16 | 0.80 | | |
| 11/22/2004 | 01382 | JENNIFER, F. MILLER | 112 | 1.00 | 0.16 | 0.16 | MILLER JENNIFER   Pages: 1 | 5567183 |
| 06/30/2005 | | Invoice=606323 | | 1.00 | 0.16 | 0.16 | | |
| 11/24/2004 | 01382 | JENNIFER, F. MILLER | 112 | 1.00 | 0.16 | 0.16 | MILLER JENNIFER   Pages: 1 | 5567184 |
| 06/30/2005 | | Invoice=606323 | | 1.00 | 0.16 | 0.16 | | |
| 11/27/2004 | 00335 | MICHAEL FARLEY | 112 | 1.00 | 0.16 | 0.16 | FARLEY MICHAEL   TBA Pages: 1 | 5567185 |
| 06/30/2005 | | Invoice=606323 | | 1.00 | 0.16 | 0.16 | | |
| 11/29/2004 | 01382 | JENNIFER, F. MILLER | 114 | 1.00 | 0.59 | 0.59 | Telephone Number, (617)367-1070 | 5567187 |
| 06/30/2005 | | Invoice=606323 | | 1.00 | 0.59 | 0.59 | | |
| 11/29/2004 | 00335 | MICHAEL FARLEY | 056 | 1.00 | 37.50 | 37.50 | Travel - Long Distance - :FARLEY, MICHAEL 100 MILES .375 TRAVEL TO/FROM BOSTON,MA | 5574229 |
| 06/30/2005 | | Invoice=606323 | | 1.00 | 37.50 | 37.50 | Vendor=FARLEY, MICHAEL  Balance= .00  Amount= 37.50 | |
| | | Voucher=85785 Paid | | | | | Paid: 312867 01/07/2005 | |
| 11/30/2004 | 01128 | CARRIE LECLAIR | 112 | 8.00 | 0.16 | 1.28 | LECLAIR CARRIE   Pages: 8 | 5567186 |
| 06/30/2005 | | Invoice=606323 | | 8.00 | 0.16 | 1.28 | | |
| 11/30/2004 | 01382 | JENNIFER, F. MILLER | 114 | 1.00 | 0.30 | 0.30 | Telephone Number, (617)367-1070 | 5567188 |
| 06/30/2005 | | Invoice=606323 | | 1.00 | 0.30 | 0.30 | | |
| 12/13/2004 | 01382 | JENNIFER, F. MILLER | 117 | 10.00 | 0.60 | 6.00 | Facsimile, (617)566-4292 | 5567189 |
| 06/30/2005 | | Invoice=606323 | | 10.00 | 0.60 | 6.00 | | |
| 01/10/2005 | 01382 | JENNIFER, F. MILLER | 112 | 4.00 | 0.16 | 0.64 | MILLER JENNIFER   Pages: 4 | 5579174 |
| 04/28/2005 | | Invoice=601913 | | 4.00 | 0.16 | 0.64 | | |
| 02/10/2005 | 01128 | CARRIE LECLAIR | 112 | 5.00 | 0.16 | 0.80 | LECLAIR CARRIE   Pages: 5 | 5607581 |
| 04/28/2005 | | Invoice=601913 | | 5.00 | 0.16 | 0.80 | | |
| 02/11/2005 | 01382 | JENNIFER, F. MILLER | 112 | 405.00 | 0.16 | 64.80 | MILLER JENNIFER   Pages: 405 | 5608323 |
| 04/28/2005 | | Invoice=601913 | | 405.00 | 0.16 | 64.80 | | |
| 02/11/2005 | 00335 | MICHAEL FARLEY | 112 | 17.00 | 0.16 | 2.72 | FARLEY MICHAEL   TBA Pages: 17 | 5608325 |
| 04/28/2005 | | Invoice=601913 | | 17.00 | 0.16 | 2.72 | | |
| 02/11/2005 | 00335 | MICHAEL FARLEY | 112 | 48.00 | 0.16 | 7.68 | FARLEY MICHAEL   TBA Pages: 48 | 5608327 |
| 04/28/2005 | | Invoice=601913 | | 48.00 | 0.16 | 7.68 | | |
| 02/11/2005 | 00335 | MICHAEL FARLEY | 112 | 26.00 | 0.16 | 4.16 | FARLEY MICHAEL   TBA Pages: 26 | 5608329 |
| 04/28/2005 | | Invoice=601913 | | 26.00 | 0.16 | 4.16 | | |
| 02/11/2005 | 00335 | MICHAEL FARLEY | 112 | 21.00 | 0.16 | 3.36 | FARLEY MICHAEL   TBA Pages: 21 | 5608331 |
| 04/28/2005 | | Invoice=601913 | | 21.00 | 0.16 | 3.36 | | |
| 02/16/2005 | 01382 | JENNIFER, F. MILLER | 112 | 116.00 | 0.16 | 18.56 | MILLER JENNIFER   Pages: 116 | 5614884 |
| 04/28/2005 | | Invoice=601913 | | 116.00 | 0.16 | 18.56 | | |
| 02/18/2005 | 00335 | MICHAEL FARLEY | 117 | 2.00 | 0.60 | 1.20 | Facsimile, (617)566-4292 | 5615912 |
| 04/28/2005 | | Invoice=601913 | | 2.00 | 0.60 | 1.20 | | |
| 02/18/2005 | 00335 | MICHAEL FARLEY | 117 | 1.00 | 0.60 | 0.60 | Facsimile, (617)566-4292 | 5615915 |
| 04/28/2005 | | Invoice=601913 | | 1.00 | 0.60 | 0.60 | | |
| 02/21/2005 | 00335 | MICHAEL FARLEY | 012 | 1.00 | 11.76 | 11.76 | Express Mail - :FEDERAL EXPRESS CORPORATION | 5622344 |
| 04/28/2005 | | Invoice=601913 | | 1.00 | 11.76 | 11.76 | Vendor=FEDERAL EXPRESS CORPORATION  Balance= .00  Amount= 11.76 | |
| | | Voucher=89183 Paid | | | | | Paid: 314764 03/01/2005 | |
| 02/25/2005 | 01382 | JENNIFER, F. MILLER | 112 | 20.00 | 0.16 | 3.20 | MILLER JENNIFER   Pages: 20 | 5629193 |
| 04/28/2005 | | Invoice=601913 | | 20.00 | 0.16 | 3.20 | | |
| 02/25/2005 | 01382 | JENNIFER, F. MILLER | 114 | 1.00 | 0.59 | 0.59 | Telephone Number, (617)748-9152 | 5629194 |
| 04/28/2005 | | Invoice=601913 | | 1.00 | 0.59 | 0.59 | | |

Case 1:04-cv-10795-JGD    Document 46    Filed 09/14/2006    Page 5 of 5

Billed and Unbilled Recap Of Cost Detail - [10014320 - ROBERT MADONNA V. MARKEL AMERICAN INSURANCE CO.]
Client:009959 - GOLDMAN & HELLMAN, P.A   9/7/2006 12:15:56 PM                                                                    Page 3

| Date 1 / Date 2 | Code | Name | Type | Qty | Rate | Amount | Description | Ref |
|---|---|---|---|---|---|---|---|---|
| 02/25/2005 / 04/28/2005 | 01382 | JENNIFER, F. MILLER / Invoice=601913 | 114 | 1.00 / 1.00 | 0.30 / 0.30 | 0.30 / 0.30 | Telephone Number, (617)523-1000 | 5629195 |
| 03/30/2005 / 04/28/2005 | 01382 | JENNIFER, F. MILLER / Invoice=601913 | 114 | 1.00 / 1.00 | 0.30 / 0.30 | 0.30 / 0.30 | Telephone Number, (617)589-3890 | 5649508 |
| 04/08/2005 / 07/31/2005 | 01382 | JENNIFER, F. MILLER / Invoice=608565 | 112 | 1.00 / 1.00 | 0.16 / 0.16 | 0.16 / 0.16 | MILLER JENNIFER   Pages: 1 | 5658172 |
| 04/12/2005 / 07/31/2005 | 01382 | JENNIFER, F. MILLER / Invoice=608565 | 112 | 13.00 / 13.00 | 0.16 / 0.16 | 2.08 / 2.08 | MILLER JENNIFER   Pages: 13 | 5669855 |
| 04/19/2005 / 07/31/2005 | 01382 | JENNIFER, F. MILLER / Invoice=608565 | 112 | 11.00 / 11.00 | 0.16 / 0.16 | 1.76 / 1.76 | MILLER JENNIFER   Pages: 11 | 5664143 |
| 04/19/2005 / 07/31/2005 | 01382 | JENNIFER, F. MILLER / Invoice=608565 | 112 | 5.00 / 5.00 | 0.16 / 0.16 | 0.80 / 0.80 | MILLER JENNIFER   Pages: 5 | 5664144 |
| 05/17/2005 / 07/31/2005 | 01382 | JENNIFER, F. MILLER / Invoice=608565 | 114 | 1.00 / 1.00 | 0.30 / 0.30 | 0.30 / 0.30 | Telephone Number, (617)748-9181 | 5693318 |
| 05/23/2005 / 07/31/2005 | 01382 | JENNIFER, F. MILLER / Invoice=608565 | 114 | 1.00 / 1.00 | 0.59 / 0.59 | 0.59 / 0.59 | Telephone Number, (617)748-9152 | 5698813 |
| 05/24/2005 / 07/31/2005 | 01382 | JENNIFER, F. MILLER / Invoice=608565 | 112 | 7.00 / 7.00 | 0.16 / 0.16 | 1.12 / 1.12 | MILLER JENNIFER   Pages: 7 | 5698812 |
| 05/27/2005 / 07/31/2005 | 00335 | MICHAEL FARLEY / Invoice=608565 / Voucher=96431 Paid | 013 | 1.00 / 1.00 | 50.00 / 50.00 | 50.00 / 50.00 | Filing Fee - :MORRISON MAHONEY LLP (PROVIDENCE) / CK#5567-FILING FEE / Vendor=MORRISON MAHONEY LLP (PROVIDENCE)  Balance= .00 / Amount= 1117.50 / Paid:  318555  06/07/2005 | 5707031 |
| 10/07/2005 / 02/15/2006 | 01382 | JENNIFER, F. MILLER / Invoice=621469 | 114 | 1.00 / 1.00 | 0.59 / 0.59 | 0.59 / 0.59 | Telephone Number, (508)823-6588 | 5813393 |
| 01/16/2006 / 04/28/2006 | 00335 | MICHAEL FARLEY / Invoice=626704 / Voucher=113218 Paid | 012 | 1.00 / 1.00 | 10.35 / 10.35 | 10.35 / 10.35 | Express Mail - : FEDERAL EXPRESS CORPORATION / Vendor=FEDERAL EXPRESS CORPORATION  Balance= .00  Amount= 26.59 / Paid:  327763  02/02/2006 | 5905663 |
| 02/22/2006 / 04/28/2006 | 01382 | JENNIFER, F. MILLER / Invoice=626704 | 112 | 13.00 / 13.00 | 0.16 / 0.16 | 2.08 / 2.08 | Internal Photocopying / MILLER JENNIFER   Pages: 13 | 5921370 |
| 02/22/2006 / 04/28/2006 | 01382 | JENNIFER, F. MILLER / Invoice=626704 | 112 | 87.00 / 87.00 | 0.16 / 0.16 | 13.92 / 13.92 | Internal Photocopying / MILLER JENNIFER   Pages: 87 | 5921371 |
| 02/22/2006 / 04/28/2006 | 01382 | JENNIFER, F. MILLER / Invoice=626704 | 112 | 5.00 / 5.00 | 0.16 / 0.16 | 0.80 / 0.80 | Internal Photocopying / MILLER JENNIFER   Pages: 5 | 5921372 |
| | | BILLED TOTALS:   WORK: | | | | 526.98 | 64 records | |
| | | BILLED TOTALS:   BILL: | | | | 526.98 | | |
| | | GRAND TOTAL:   WORK: | | | | 526.98 | 64 records | |
| | | GRAND TOTAL:   BILL: | | | | 526.98 | | |

*Handwritten annotation near 05/27/2005 entry: "deposit transcript"*